**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

ALETHEIA RESEARCH AND
MANAGEMENT, INC.

Debtor(s)

§
§
§
§

Case No. 2:12-47718- BR

Chapter 7

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey I. Golden, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,384,491.46 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $2,978,580.47 | |

3) Total gross receipts of $2,998,580.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $20,000.00 (see **Exhibit 2**), yielded net receipts of $2,978,580.47 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $26,499.63 | $24,779.63 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,205,759.96 | $3,205,759.96 | $2,978,580.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $1,143,974.76 | $1,143,974.76 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $13,118,526.00 | $9,608,990.04 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $33,041,578.46 | $33,034,657.09 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $50,536,338.81 | $47,018,161.48 | $2,978,580.47 |

4) This case was originally filed under chapter 7 on 11/11/2012, and it was converted to chapter 7 on 03/29/2013.  The case was pending for 148 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____07/22/2025_____          By: /s/ Jeffrey I. Golden _____
                                                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTERCOMPANY RECEIVABLES FROM BATEMAN EICHLER & CO LLC | 1121-000 | $537.49 |
| MANAGEMENT FEES RECEIVABLE | 1121-000 | $12,449.97 |
| ALETHEIA RESEARCH AND MANAGEMENT, INC., ET AL., V. PROCTOR INVESTMENT MANAGERS, LLC, ET AL. (CASE NO. 10-600397) | 1129-000 | $6,522.50 |
| BANK OF AMERICA - OPERATING (ACCOUNT NO. 2852) (BALANCE AS OF 11/11/2012) | 1129-000 | $7,460.82 |
| INVESTMENTS IN ALETHEIA INSIDER INDEX II, LP | 1129-000 | $272,213.45 |
| INVESTMENTS IN ALETHEIA INSIDER INDEX, LP | 1129-000 | $269,550.23 |
| INVESTMENTS IN ALETHIA SECURITIES, INC. | 1129-000 | $118,001.00 |
| NATIONAL FINANCIAL SERVICES, LLC INVESTMENT ACCOUNT (KAA-####89) (BALANCE AS OF 10/31/2012) | 1129-000 | $112,220.56 |
| PROCEEDS FROM ONLINE AUCTION HELD THRU 4/2/13 | 1129-000 | $287,985.65 |
| FEDEX REFUND | 1229-000 | $345.94 |
| RETAINER REFUND - GREENBERG TRAURIG PA | 1229-000 | $22,118.29 |
| POTENTIAL AVOIDANCE ACTIONS | 1249-000 | $998,283.65 |
| WIRE INADVERTENTLY ENTERED IN TES INTO THE INCORRECT CASE | 1280-000 | $0.00 |
| AMEX REFUND | 1290-000 | $208.85 |
| CH. 11 INDIVIDUAL BOND REFUND | 1290-000 | $6,800.00 |
| REBATE OF HEALTH INSURANCE PREMIUM REQUIRED BY THE AFFORDABLE CARE ACT | 1290-000 | $3,637.94 |
| REFUND FROM PAYCHEX | 1290-000 | $1,971.26 |
| REFUND OF BOND PREMIUM | 1290-000 | $144.57 |
| TURNOVER OF FUNDS FROM CH. 11 CASE | 1290-010 | $878,128.30 |
| **TOTAL GROSS RECEIPTS** | | **$2,998,580.47** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DIANA SIGALOS | SETTLEMENT RELATED TO ARBITRATION AGAINST ALETHEIA SECURITIES; PAID PER COURT ORDER ENTERED 10/30/20 | 8500-000 | $20,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$20,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Los Angeles County Treasurer and Tax Collector | 4800-000 | $0.00 | $24,779.63 | $24,779.63 | $0.00 |
| 44 | Iron Mountain Information Management, Inc. | 4110-000 | $0.00 | $1,720.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$26,499.63** | **$24,779.63** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JEFFREY I. GOLDEN, TRUSTEE | 2100-000 | NA | $112,602.63 | $112,602.63 | $86,208.24 |
| Trustee, Expenses - JEFFREY I. GOLDEN, TRUSTEE | 2200-000 | NA | $19,878.29 | $19,878.29 | $18,942.19 |
| Attorney for Trustee Fees - GOLDEN GOODRICH LLP FKA WEILAND GOLDEN GOODRICH LLP | 3110-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees - WEILAND GOLDEN LLP, FKA LOBEL WEILAND GOLDEN FRIEDMAN LLP | 3110-000 | NA | $186,940.00 | $186,940.00 | $153,784.52 |
| Attorney for Trustee Fees - WEILAND, GOLDEN, SMILEY & WANG-EKVALL, LLP FKA WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP | 3110-000 | NA | $251,102.00 | $251,102.00 | $251,102.00 |
| Attorney for Trustee, Expenses - WEILAND GOLDEN LLP, FKA LOBEL WEILAND GOLDEN FRIEDMAN LLP | 3120-000 | NA | $4,303.23 | $4,303.23 | $4,303.23 |
| Attorney for Trustee, Expenses - WEILAND, GOLDEN, SMILEY & WANG-EKVALL, LLP FKA WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP | 3120-000 | NA | $1,657.53 | $1,657.53 | $1,657.53 |
| Auctioneer Fees - TIGER REMARKETING SERVICES | 3610-000 | NA | $87,981.74 | $87,981.74 | $87,981.74 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $6,186.00 | $6,186.00 | $6,186.00 |
| Fees, United States Trustee | 2950-000 | NA | $4,875.00 | $4,875.00 | $4,875.00 |
| Bond Payments - BOND | 2300-000 | NA | $101.78 | $101.78 | $101.78 |
| Bond Payments - INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $3,369.22 | $3,369.22 | $3,369.22 |
| Administrative Rent - INDEPENDENT MANAGEMENT SERVICES | 2410-000 | NA | $485.46 | $485.46 | $485.46 |
| Administrative Rent - IRON MOUNTAIN | 2410-000 | NA | $182,626.47 | $182,626.47 | $182,626.47 |
| Administrative Rent - US STORAGE CENTERS - ORANGE | 2410-000 | NA | $26,857.00 | $26,857.00 | $26,857.00 |
| Bank Service Fees - Independent Bank | 2600-000 | NA | $4,683.56 | $4,683.56 | $4,683.56 |
| Bank Service Fees - Integrity Bank | 2600-000 | NA | $30,813.62 | $30,813.62 | $30,813.62 |
| Bank Service Fees - Veritex Community Bank | 2600-000 | NA | $2,338.42 | $2,338.42 | $2,338.42 |

| | | | | | |
|---|---|---|---|---|---|
| Income Taxes - Internal Revenue Service (post-petition) - INTERNAL REVENUE SERVICE | 2810-000 | NA | $576.92 | $576.92 | $520.14 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $15,609.69 | $15,609.69 | $14,073.17 |
| Other Chapter 7 Administrative Expenses - AMERICAN EXPRESS - DATAMARK | 2990-000 | NA | $935.10 | $935.10 | $935.10 |
| Other Chapter 7 Administrative Expenses - BANK OF AMERICA | 2990-000 | NA | $394.31 | $394.31 | $394.31 |
| Other Chapter 7 Administrative Expenses - CALIFORNIA BANK & TRUST | 2990-000 | NA | $884.00 | $884.00 | $884.00 |
| Other Chapter 7 Administrative Expenses - CAMPAIGN LA | 2990-000 | NA | $3,184.32 | $3,184.32 | $3,184.32 |
| Other Chapter 7 Administrative Expenses - CLICKS | 2990-000 | NA | $1,897.75 | $1,897.75 | $1,897.75 |
| Other Chapter 7 Administrative Expenses - CLICKS DOCUMENT MANAGEMENT | 2990-000 | NA | $8,902.32 | $8,902.32 | $8,902.32 |
| Other Chapter 7 Administrative Expenses - DAVID M. BUNZEL | 2990-000 | NA | $660.50 | $660.50 | $660.50 |
| Other Chapter 7 Administrative Expenses - EAST WEST BANK | 2990-000 | NA | $161.54 | $161.54 | $161.54 |
| Other Chapter 7 Administrative Expenses - INDEPENDENT MANAGEMENT SERVICES | 2990-000 | NA | $626.00 | $626.00 | $626.00 |
| Other Chapter 7 Administrative Expenses - LIVE OFFICE LLC | 2990-000 | NA | $5,825.00 | $5,825.00 | $5,825.00 |
| Other Chapter 7 Administrative Expenses - NETWORK DEPOSITION SERVICES, INC. | 2990-000 | NA | $1,529.25 | $1,529.25 | $1,529.25 |
| Other Chapter 7 Administrative Expenses - THIRD PARTY SERVICES | 2990-000 | NA | $535.00 | $535.00 | $535.00 |
| Special Counsel for Trustee Fees - BAKER & HOSTETLER, LLP | 3210-600 | NA | $41,502.50 | $41,502.50 | $41,502.50 |
| Special Counsel for Trustee Fees - ASHBY & GEDDES, P.A. | 3210-600 | NA | $294,859.18 | $294,859.18 | $294,859.18 |
| Special Counsel for Trustee Fees - BAKER & HOSTETLER LLP | 3210-600 | NA | $1,069,615.00 | $1,069,615.00 | $964,328.95 |
| Special Counsel for Trustee Fees - JEFFER MANGELS BUTLER & MITCHELL LLP | 3210-600 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Special Counsel for Trustee Expenses - ASHBY & GEDDES, P.A. | 3220-610 | NA | $37,922.52 | $37,922.52 | $37,922.52 |
| Special Counsel for Trustee Expenses - BAKER & HOSTETLER LLP | 3220-610 | NA | $36,261.88 | $36,261.88 | $32,692.49 |
| Accountant for Trustee Fees (Other Firm) - CROWE HORWATH LLP | 3410-000 | NA | $15,655.50 | $15,655.50 | $14,781.92 |

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) - HAHN FIFE & COMPANY LLP | 3410-000 | NA | $14,841.00 | $14,841.00 | $13,380.15 |
| Special Accountant for Trustee Fees - GLASSRATNER ADVISORY & CAPITAL GROUP LLC | 3410-580 | NA | $31,925.00 | $31,925.00 | $30,143.58 |
| Accountant for Trustee Expenses (Other Firm) - CROWE HORWATH LLP | 3420-000 | NA | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Expenses (Other Firm) - HAHN FIFE & COMPANY LLP | 3420-000 | NA | $1,719.70 | $1,719.70 | $1,550.42 |
| Special Accountant for Trustee Expenses - GLASSRATNER ADVISORY & CAPITAL GROUP LLC | 3420-590 | NA | $317.60 | $317.60 | $317.60 |
| Arbitrator/Mediator for Trustee Fees - JAMS | 3721-000 | NA | $3,775.00 | $3,775.00 | $3,775.00 |
| Arbitrator/Mediator for Trustee Fees - JAMS, INC. | 3721-000 | NA | $4,200.00 | $4,200.00 | $4,200.00 |
| Arbitrator/Mediator for Trustee Fees - PHILLIPS ADR | 3721-000 | NA | $57,025.00 | $57,025.00 | $57,025.00 |
| Arbitrator/Mediator for Trustee Fees - PHILLIPS ADR ENTERPRISES, P.C. | 3721-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| Consultant for Trustee Fees - GERY SADZEWICZ CONSULTING LLC | 3731-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Financial Consultant for Trustee Fees - ERNST & YOUNG LLP | 3731-420 | NA | $527,865.00 | $527,865.00 | $475,905.35 |
| Financial Consultant for Trustee Expenses - ERNST & YOUNG LLP | 3732-430 | NA | $19,656.43 | $19,656.43 | $19,656.43 |
| Other Professional's Fees - D. MASIN CONSULTING, LLC | 3991-000 | NA | $600.00 | $600.00 | $600.00 |
| Other Professional's Fees - ELIZABETH WELLS | 3991-000 | NA | $1,995.00 | $1,995.00 | $1,995.00 |
| Other Professional's Fees - EZRA BRUTZKUS GUBNER LLP | 3991-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Other Professional's Fees - WESTERN RESERVE VALUATION SERVICES LLC | 3991-000 | NA | $27,500.00 | $27,500.00 | $27,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,205,759.96** | **$3,205,759.96** | **$2,978,580.47** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - AVANT ADVISORY GROUP | 6420-000 | NA | $12,496.16 | $12,496.16 | $0.00 |
| Special Counsel Expenses (Chapter 11) - BAKER & HOSTETLER LLP | 6220-610 | NA | $4,862.55 | $4,862.55 | $0.00 |
| Accountant for Creditor's Committee Expenses (Chapter 11) - BRANDLIN & ASSOCIATES | 6710-110 | NA | $346.35 | $346.35 | $0.00 |
| Special Accountant Expenses (Chapter 11) - ERNST & YOUNG | 6420-590 | NA | $12,731.82 | $12,731.82 | $0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER LLP | 6420-000 | NA | $4,223.57 | $4,223.57 | $0.00 |
| Attorney for Creditor's Committee Expenses (Chapter 11) - PACHULSKI STANG ZIEHL & JONES LLP | 6710-150 | NA | $3,479.81 | $3,479.81 | $0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - AVANT ADVISORY GROUP | 6410-000 | NA | $80,114.00 | $80,114.00 | $0.00 |
| Special Counsel Fees (Chapter 11) - BAKER & HOSTETLER LLP | 6210-600 | NA | $121,129.50 | $121,129.50 | $0.00 |
| Accountant for Creditor's Committee Fees (Chapter 11) - BRANDLIN & ASSOCIATES | 6700-100 | NA | $25,000.00 | $25,000.00 | $0.00 |
| Special Accountant Fees (Chapter 11) - ERNST & YOUNG | 6410-580 | NA | $449,505.00 | $449,505.00 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER LLP | 6210-000 | NA | $310,158.50 | $310,158.50 | $0.00 |
| Attorney for Creditor's Committee Fees (Chapter 11) - PACHULSKI STANG ZIEHL & JONES LLP | 6700-140 | NA | $119,927.50 | $119,927.50 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,143,974.76** | **$1,143,974.76** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Fiserv Inc. | 5800-000 | $0.00 | $21,619.40 | $21,619.40 | $0.00 |
| 9 | Internal Revenue Service | 5800-000 | $0.00 | $8,658,507.71 | $8,658,507.71 | $0.00 |
| 17 | Advent Software, Inc. | 5800-000 | $0.00 | $348,809.11 | $348,809.11 | $0.00 |
| 18 | Telemet America, Inc. | 5800-000 | $0.00 | $4,577.38 | $4,577.38 | $0.00 |
| 20 | Los Angeles County Treasurer and Tax Collector | 5800-000 | $0.00 | $23,451.46 | $23,451.46 | $0.00 |
| 21 | Alyssa Kennedy | 5800-000 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 24 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $3,509,535.96 | $0.00 | $0.00 |
| 49 | Peter J Eichler, Jr. | 5800-000 | $0.00 | $535,313.00 | $535,313.00 | $0.00 |
| 51 | David Bunzel | 5800-000 | $0.00 | $11,725.00 | $11,725.00 | $0.00 |
| 56 | Alyssa Kennedy | 5800-000 | $0.00 | $986.98 | $986.98 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$13,118,526.00** | **$9,608,990.04** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bingham McCutchen LLP | 7100-000 | $0.00 | $745,617.49 | $745,617.49 | $0.00 |
| 2 | Daimler Trust | 7100-000 | $0.00 | $54,068.85 | $54,068.85 | $0.00 |
| 3 | Ashland Partners & Co., LLP | 7100-000 | $0.00 | $28,600.00 | $28,600.00 | $0.00 |
| 4 | New York State Department of | 7100-000 | $0.00 | $1,020.99 | $1,020.99 | $0.00 |
| 5 | American Express Bank, FSB | 7100-000 | $0.00 | $3,753.62 | $3,753.62 | $0.00 |
| 6 | Xerox Corporation | 7100-000 | $0.00 | $8,409.62 | $8,409.62 | $0.00 |
| 8 | FFVA Mutual Insurance Co. | 7100-000 | $0.00 | $12,494.70 | $12,494.70 | $0.00 |
| 9A | Internal Revenue Service | 7100-000 | $0.00 | $4,288,189.00 | $4,288,189.00 | $0.00 |
| 10 | State of New York | 7100-000 | $0.00 | $38.25 | $38.25 | $0.00 |
| 11 | Global Crossing Telecommunications, Inc. | 7100-000 | $0.00 | $3,738.02 | $3,738.02 | $0.00 |
| 12 | New York State Department of | 7100-000 | $0.00 | $1,020.99 | $1,020.99 | $0.00 |
| 13 | Arch-Metron | 7100-000 | $0.00 | $128,800.00 | $128,800.00 | $0.00 |
| 14 | FTI Consulting, Inc. | 7100-000 | $0.00 | $208,984.39 | $208,984.39 | $0.00 |
| 15 | Jones Day LLP | 7100-000 | $0.00 | $339,495.01 | $339,495.01 | $0.00 |
| 16 | American Express Bank, FSB | 7100-000 | $0.00 | $49.95 | $49.95 | $0.00 |
| 17A | Advent Software, Inc. | 7100-000 | $0.00 | $121,020.78 | $121,020.78 | $0.00 |
| 22 | Bloomberg | 7100-000 | $0.00 | $37,140.56 | $37,140.56 | $0.00 |

| 23 | Thomas Reuters (Markets) LLC | 7100-000 | $0.00 | $239,755.62 | $239,755.62 | $0.00 |
| 24A | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $955,903.54 | $955,903.54 | $0.00 |
| 25 | Fiserv Investment Solutions, Inc. as successor-in- | 7100-000 | $0.00 | $34,636.78 | $34,636.78 | $0.00 |
| 26 | Cushman & Wakefield of Texas Inc | 7100-000 | $0.00 | $43,361.32 | $43,361.32 | $0.00 |
| 27 | Accountemps Div of Robert Half Intl | 7100-000 | $0.00 | $4,607.78 | $4,607.78 | $0.00 |
| 28 | U. S. Securities and Exchange Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Xerox Corporation | 7100-000 | $0.00 | $45,726.92 | $45,726.92 | $0.00 |
| 30 | Insurance Company of Pittsburgh, | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | FFVA Mutual | 7100-000 | $0.00 | $12,494.70 | $12,494.70 | $0.00 |
| 32 | New York State Department of | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | Stepherdson Family Trust | 7100-000 | $0.00 | $265,595.00 | $265,595.00 | $0.00 |
| 34 | Allen & Overy LLP | 7100-000 | $0.00 | $3,830.00 | $3,830.00 | $0.00 |
| 35 | Allen & Overy LLP | 7100-000 | $0.00 | $3,830.00 | $3,830.00 | $0.00 |
| 36 | Dow Jones & Co. Inc | 7100-000 | $0.00 | $32,217.00 | $32,217.00 | $0.00 |
| 37 | Lion Capital (Americas) Inc. | 7100-000 | $0.00 | $36,500.00 | $36,500.00 | $0.00 |
| 38 | NGAM Advisors, LP | 7100-000 | $0.00 | $67,216.00 | $67,216.00 | $0.00 |
| 39 | Douglas Emmett, Inc. | 7100-000 | $0.00 | $967,945.03 | $967,945.03 | $0.00 |
| 40 | Stroock & Stroock & Lavan LLP | 7100-000 | $0.00 | $135,013.85 | $135,013.85 | $0.00 |
| 41 | Bruce Lee | 7100-000 | $0.00 | $176,873.02 | $176,873.02 | $0.00 |
| 42 | Pegasus Squire, Inc. | 7100-000 | $0.00 | $10,200.00 | $10,200.00 | $0.00 |

| 43 | Pegasus Squire, Inc. | 7100-000 | $0.00 | $10,200.00 | $10,200.00 | $0.00 |
| 44a | Iron Mountain Information Management, Inc. | 7100-000 | $0.00 | $6,921.37 | $0.00 | $0.00 |
| 45 | Nossaman LLP | 7100-000 | $0.00 | $144,048.92 | $144,048.92 | $0.00 |
| 46 | Federal Insurance Company | 7100-000 | $0.00 | $5,000,000.00 | $5,000,000.00 | $0.00 |
| 47 | Options Price Reporting Auth. | 7100-000 | $0.00 | $1,977.00 | $1,977.00 | $0.00 |
| 48 | State of New York | 7100-000 | $0.00 | $786.61 | $786.61 | $0.00 |
| 49a | Peter J Eichler, Jr. | 7100-000 | $0.00 | $500,191.67 | $500,191.67 | $0.00 |
| 50 | Irvine Capital Partners Liquidating Trust | 7100-000 | $0.00 | $8,616,000.00 | $8,616,000.00 | $0.00 |
| 51a | David Bunzel | 7100-000 | $0.00 | $1,165,823.80 | $1,165,823.80 | $0.00 |
| 52 | Eleanor F Werra 1998 Revocable Trust | 7100-000 | $0.00 | $733.53 | $733.53 | $0.00 |
| 53 | Pleasant T. Rowland Revocable Trust | 7100-000 | $0.00 | $11,832.66 | $11,832.66 | $0.00 |
| 54 | W. Jerome Frautschi Revocable Trust | 7100-000 | $0.00 | $4,819.66 | $4,819.66 | $0.00 |
| 55 | Pleasant T. Rowland Revocable Trust | 7100-000 | $0.00 | $1,518.94 | $1,518.94 | $0.00 |
| 57 | Client Server Specialists, Inc (CSSI) | 7100-000 | $0.00 | $9,930.69 | $9,930.69 | $0.00 |
| 58 | Bridgestone Americas Inc (BSAM) | 7100-000 | $0.00 | $25,685.06 | $25,685.06 | $0.00 |
| 59 | Roger B Peikin | 7200-000 | $0.00 | $2,919,603.39 | $2,919,603.39 | $0.00 |
| 60 | Interactive Data | 7200-000 | $0.00 | $6,245.56 | $6,245.56 | $0.00 |
| 61 | MAILFINANCE | 7200-000 | $0.00 | $11,110.82 | $11,110.82 | $0.00 |
| 63 | American Express Bank FSB | 7200-000 | $0.00 | $85,000.00 | $85,000.00 | $0.00 |
| 64 | Roger B Peikin | 7200-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |

| 65 | Dr. William C.W. Mow and Nai Li Mow | 7200-000 | $0.00 | $5,500,000.00 | $5,500,000.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$33,041,578.46** | **$33,034,657.09** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   2:12-47718- BR

**Case Name:**   ALETHEIA RESEARCH AND MANAGEMENT, I

**For Period Ending:**   07/22/2025

**Trustee Name:**   (002360) Jeffrey I. Golden, Trustee

**Date Filed (f) or Converted (c):**   03/29/2013 (c)

**§ 341(a) Meeting Date:**   05/06/2013

**Claims Bar Date:**   08/05/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CALIFORNIA BANK AND TRUST ACCT. NO. 6570 (BALANCE AS OF 11/11/2012)<br>Funds dissipated since petition, no value at conversion. | 193,463.59 | 193,463.59 | | 0.00 | FA |
| 2 | NATIONAL FINANCIAL SERVICES LLC INVESTMENT ACCOUNT KAA -####19 (BALANCE AS OF 10/31/2012)<br>Funds dissipated since petition, no value at conversion. | 13,174.00 | 13,174.00 | | 0.00 | FA |
| 3 | BANK OF AMERICA - OPERATING (ACCOUNT NO. 2852) (BALANCE AS OF 11/11/2012)<br>Recovered funds existing at time of conversion, balance dissipated. | 10,268.86 | 10,268.86 | | 7,460.82 | FA |
| 4 | NATIONAL FINANCIAL SERVICES, LLC INVESTMENT ACCOUNT (KAA-####36) (BALANCE AS OF 10/31/2012)<br>Funds dissipated during 11, no funds remaining at conversion. | 3,793.78 | 3,793.78 | | 0.00 | FA |
| 5 | NATIONAL FINANCIAL SERVICES, LLC INVESTMENT ACCOUNT (KAA-####89) (BALANCE AS OF 10/31/2012)<br>Investment value increased. | 2,544.22 | 2,544.22 | | 112,220.56 | FA |
| 6 | BANK OF AMERICA - PAYROLL ACCOUNT (ACC NO. 2889) (BALANCE AS OF 10/31/2012)<br>Funds dissipated during 11, no value remaining. | 2,290.02 | 2,290.02 | | 0.00 | FA |
| 7 | NATIONAL FINANCIAL SERVICES, LLC INVESTMENT ACCOUNT (K4D-####51) (BALANCE AS OF 10/31/2012)<br>Funds dissipated during 11, no value remaining. | 635.49 | 635.49 | | 0.00 | FA |
| 8 | BANK OF AMERICA - TAX ACCOUNT (ACC NO. 2890) (BALANCE AS OF 10/31/2012)<br>Funds dissipated during 11, no value remaining. | 134.28 | 134.28 | | 0.00 | FA |
| 9 | LETTER OF CREDIT AT CALIFORNIA BANK & TRUST HELD FOR BENEFIT OF DOUGLAS EMMETT (BALANCE AS OF 10/31/2012)<br>Landlord deposit - set off - no value for estate. | 373,458.32 | 373,458.32 | | 0.00 | FA |
| 10 | SECURITY DEPOSIT WITH DOUGLAS EMMETT<br>Landlord deposit - set off - no value for estate. | 167,222.00 | 167,222.00 | | 0.00 | FA |
| 11 | ARTWORK FROM SUNDARAM TAGORE GALLERY<br>At conversion, analyzed no value with input from auctioneer. | 164,625.00 | 164,625.00 | | 0.00 | FA |
| 12 | ARTWORK BY CHRISTOPHER GRIMES GALLERY LOCATION: 100 WILSHIRE BLVD. SUITE 1900, SANTA MONICA CA 90401<br>At conversion, analyzed no value with input from auctioneer. | 10,473.75 | 10,473.75 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 2:12-47718- BR

**Case Name:** ALETHEIA RESEARCH AND MANAGEMENT, I

**Trustee Name:** (002360) Jeffrey I. Golden, Trustee

**Date Filed (f) or Converted (c):** 03/29/2013 (c)

**§ 341(a) Meeting Date:** 05/06/2013

**For Period Ending:** 07/22/2025

**Claims Bar Date:** 08/05/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | ARTWORK BY MIGUEL OSUNA LOCATION: 100 WILSHIRE BLVD. SUITE 1900, SANTA MONICA CA 90401<br>At conversion, analyzed no value with input from auctioneer. | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 14 | MISCELLANEOUS ARTWORK LOCATION: 100 WILSHIRE BLVD. SUITE 1900, SANTA MONICA CA 90401<br>see asset #43, items sold via online auction held thru 4/2/13.  Auction confirmed all assets available for liquidation. | 28,000.00 | 0.00 | | 0.00 | FA |
| 15 | EMPLOYER'S COMPENSATION INC - WORKER'S COMPENSATION<br>Analyzed policy, no value to the estate. | Unknown | 0.00 | | 0.00 | FA |
| 16 | CNA INSURANCE COMPANY - GENERAL LIABILITY INSURANCE<br>Analyzed policy, no value to the estate. | Unknown | 0.00 | | 0.00 | FA |
| 17 | THE HARTFORD - UMBRELLA LIABILITY POLICY<br>Analyzed policy, no value to the estate. | Unknown | 0.00 | | 0.00 | FA |
| 18 | HOUSTON CASUALTY COMPANY - D&O POLICY<br>Analyzed policy, no value to the estate , counsel analyzed as well. | Unknown | 0.00 | | 0.00 | FA |
| 19 | INVESTMENTS IN ALETHIA SECURITIES, INC.<br>Settled per order entered, confirmed all funds taken at conversion. | 337,577.14 | 337,577.14 | | 118,001.00 | FA |
| 20 | INVESTMENTS IN BATEMAN EICHLER & CO LLC<br>No value to the investment. | 2,484.82 | 2,484.82 | | 0.00 | FA |
| 21 | INVESTMENTS IN EMPYREAL INVESTMENTS, LLC [START UP COMPANY COSTS]<br>No value to the investments. | 86,045.54 | 86,045.54 | | 0.00 | FA |
| 22 | MORIAH GROWTH FUND LP 111 W OCEAN BLVD, SUITE 1750 LONG BEACH CA 90802<br>Company experiencing volatile viability. Working with financial advisor to attempt to realize value but unlikely. We have been checking periodically and the investment turned out to not be worth anything as the company was not financially successful. | 1,187,121.00 | 1,187,121.00 | | 0.00 | FA |
| 23 | INVESTMENTS IN ALETHEIA INSIDER INDEX, LP<br>SEC requested funds be managed and then liquidated. All funds identified and administered. | Unknown | 0.00 | | 269,550.23 | FA |
| 24 | INVESTMENTS IN ALETHEIA INSIDER INDEX II, LP<br>SEC requested funds be managed and then liquidated. All funds identified administered. | Unknown | 0.00 | | 272,213.45 | FA |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 3

**Case No.:** 2:12-47718- BR

**Case Name:** ALETHEIA RESEARCH AND MANAGEMENT, I

**For Period Ending:** 07/22/2025

**Trustee Name:** (002360) Jeffrey I. Golden, Trustee

**Date Filed (f) or Converted (c):** 03/29/2013 (c)

**§ 341(a) Meeting Date:** 05/06/2013

**Claims Bar Date:** 08/05/2013

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | MANAGEMENT FEES RECEIVABLE<br>All funds recovered. | 755,222.97 | 755,222.97 | | 12,449.97 | FA |
| 26 | INTERCOMPANY RECEIVABLES FROM BATEMAN EICHLER & CO LLC<br>All funds recovered. | 2,000.00 | 2,000.00 | | 537.49 | FA |
| 27 | MONEY LOANED TO ALETHEIA INSIDER INDEX FUNDS<br>Analyzed and dealt with through liquidation of index funds. | 25,920.00 | 25,920.00 | | 0.00 | FA |
| 28 | ALETHEIA RESEARCH AND MANAGEMENT, INC., ET AL., V. PROCTOR INVESTMENT MANAGERS, LLC, ET AL. (CASE NO. 10-600397)<br>No value to litigation.  Mediation refund recovered. | Unknown | 1.00 | | 6,522.50 | FA |
| 29 | ALETHEIA RESEARCH AND MANAGEMENT, INC., ET AL., V. PROCTOR INVESTMENT MANAGERS, LLC, ET AL. (CASE NO. SC 106700.)<br>Analyzed claim with counsel and determined no value. | Unknown | 0.00 | | 0.00 | FA |
| 30 | ALETHEIA RESEARCH AND MANAGEMENT, INC. V. HOUSTON CASUALTY COMPANY (CASE NO. 11-CV-03001 (ODW)<br>Analyzed claim with counsel and determined no value. | Unknown | 0.00 | | 0.00 | FA |
| 31 | TRADEMARK "EMPYREAL" (SERIAL NUMBER 85/538768)<br>No value based on analysis with counsel. | Unknown | 0.00 | | 0.00 | FA |
| 32 | TRADEMARK "ARAHIOS" (SERIAL NUMBER 85/680040)<br>No value based on analysis with counsel. | Unknown | 0.00 | | 0.00 | FA |
| 33 | TRADEMARK "ALETHEIA" (SERIAL NUMBER 75/618729)<br>No value based on analysis with counsel. | Unknown | 0.00 | | 0.00 | FA |
| 34 | TRADEMARK "BATEMAN EICHLER & CO." (SERIAL NUMBER 75/628354)<br>No value based on analysis with counsel. | Unknown | 0.00 | | 0.00 | FA |
| 35 | TRADEMARK "ALETHEIA INSIDER INDEX" (SERIAL NUMBER 77/929570)<br>No value based on analysis with counsel. | Unknown | 0.00 | | 0.00 | FA |
| 36 | TRADEMARK "ALETHEIA 100 INSIDER INDEX" (SERIAL NUMBER 77/676366)<br>No value based on analysis with counsel. | Unknown | 0.00 | | 0.00 | FA |
| 37 | CUSTOMER LISTS<br>Analyzed and reviewed at time of conversion and determined no value. | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

Case No.:  2:12-47718- BR

Case Name:  ALETHEIA RESEARCH AND MANAGEMENT, I

Trustee Name:  (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):  03/29/2013 (c)

§ 341(a) Meeting Date:  05/06/2013

For Period Ending:  07/22/2025

Claims Bar Date:  08/05/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 38 | COMPUTER EQUIPMENT<br><br>See asset #43, items sold via online auction held thru 4/2/13.<br>Marshalled all items as of conversion. | 809,936.47 | 809,936.47 | | 0.00 | FA |
| 39 | FURNITURE & FIXTURES<br><br>See asset #43, items sold via online auction held thru 4/2/13.<br>Marshalled all items at time of conversion. | 276,851.80 | 276,851.80 | | 0.00 | FA |
| 40 | LEASEHOLD IMPROVEMENTS<br><br>Assessed with brokers and financial advisor and determined no value at time of conversion. | Unknown | 0.00 | | 0.00 | FA |
| 41 | 2011 FORGIVABLE COMPENSATION ADVANCE TO PETER J. EICHLER JR. ON MARCH 4, 2011 $300,000 OF ADVANCE WAS REIMBURSEMENT FOR SEC FINES PAID BY PETER J. EICHLER JR. APPROXIMATELY $100,000 OF ADVANCE WAS INDEMNIFICATION FOR LEGAL FEES/EXPENSES PAID BY PETER J. EICHLER JR.<br><br>Analyzed with counsel and filed lawsuit, Eichler filed chapter 7. Uncollectible. No value. | 1,679,861.60 | 1,679,861.60 | | 0.00 | FA |
| 42 | FORGIVABLE OFFICER LOAN TO MARK SCALZO ON JUNE 30, 2011<br><br>Settled following lawsuit. 9019 order entered 8/3/2015. | 350,000.00 | 350,000.00 | | 0.00 | FA |
| 43 | PROCEEDS FROM ONLINE AUCTION HELD THRU 4/2/13<br><br>Auction approved by Court order entered 3/6/2013. | 0.00 | 0.00 | | 287,985.65 | FA |
| 44 | TURNOVER OF FUNDS FROM CH. 11 CASE (u)<br><br>Consists of funds from Ch. 11 DIP accounts and funds received from management fees. | 0.00 | 0.00 | | 878,128.30 | FA |
| 45 | AMEX REFUND (u)<br><br>Total funds available to the estate received. | 0.00 | 0.00 | | 208.85 | FA |
| 46 | REBATE OF HEALTH INSURANCE PREMIUM REQUIRED BY THE AFFORDABLE CARE ACT (u)<br><br>Total funds available to the estate received. | 0.00 | 0.00 | | 3,637.94 | FA |
| 47 | REFUND FROM PAYCHEX (u)<br><br>Total funds available to the estate received. | 0.00 | 0.00 | | 1,971.26 | FA |
| 48 | RETAINER REFUND - GREENBERG TRAURIG PA (u)<br><br>Total funds available to the estate received. | 0.00 | 22,118.29 | | 22,118.29 | FA |
| 49 | CH. 11 INDIVIDUAL BOND REFUND (u)<br><br>Total funds available to the estate received. | 0.00 | 6,800.00 | | 6,800.00 | FA |
| 50 | FEDEX REFUND (u)<br><br>Invoice/Airbill # 208954790 - Reason for Refund: Reissue check for correct address. | 0.00 | 345.94 | | 345.94 | FA |

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 5

## Asset Cases

**Case No.:**   2:12-47718- BR

**Case Name:**   ALETHEIA RESEARCH AND MANAGEMENT, I

**For Period Ending:**   07/22/2025

**Trustee Name:**   (002360) Jeffrey I. Golden, Trustee

**Date Filed (f) or Converted (c):**   03/29/2013 (c)

**§ 341(a) Meeting Date:**   05/06/2013

**Claims Bar Date:**   08/05/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 51 | POTENTIAL AVOIDANCE ACTIONS (u)<br>Based on litigation recoveries - investigations with counsel and financial advisor. | 0.00 | 1,000,000.00 | | 998,283.65 | FA |
| 52 | O'MELVENY MALPRACTICE ACTION/FRAUDULENT CONVEYANCE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 53 | AXIS INSURANCE LAWSUIT (u)<br>Litigation was pending.  The value is an estimate. Policy limits are $5,000,000 and we are seeking in excess of policy limits.  Procedurally, there were cross appeals which needed to be resolved before trial could begin.  Settlement discussions had been occurring periodically but a settlement was not realized.  The Trustee lost on appeal. | 0.00 | 2,500,000.00 | | 0.00 | FA |
| 54 | WIRE INADVERTENTLY ENTERED IN TES INTO THE INCORRECT CASE (u)<br>Deposit wired on 5/22/13 from Merrill Lynch and Co. Inc. in the amount of $3,316.16.  Wired into the incorrect account and corrected on Form 2 on 6/17/13. | 0.00 | 0.00 | | 0.00 | FA |
| 55 | REFUND OF BOND PREMIUM (u)<br>Refund of bond premium.  Premium cost per thousand was decreased retroactively to January 1, 2015. | 0.00 | 0.00 | | 144.57 | FA |
| **55** | **Assets Totals (Excluding unknown values)** | **$6,492,104.65** | **$9,993,369.88** | | **$2,998,580.47** | **$0.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 6

Case No.:   2:12-47718- BR

Case Name:   ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:   07/22/2025

Trustee Name:   (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):   03/29/2013 (c)

§ 341(a) Meeting Date:   05/06/2013

Claims Bar Date:   08/05/2013

**Major Activities Affecting Case Closing:**

FINAL REPORT:  The FTB filed it's amended claim on December 4, 2024  The Court and the OUST will be paid in full on their Ch. 7 administrative claims.  All other Ch. 7 administrative professionals and claimants to be paid pro rata.  This case is now ready to be closed.

P.E. 9/30/2024:  The Axis litigation was unsuccessful, and no settlement offers were made by the defense. The Estate's final tax returns have been filed with the taxing authorities and the Trustee is proceeding to submit his final report shortly as all assets have been administered. The Trustee has not objected to claims as there will not be any funds to distribute to unsecured creditors or to Chapter 11 administrative creditors. The Franchise Tax Board does need to file an amended claim and once filed, the Trustee will prepare his TFR. The Trustee is advised this should happen soon.

Aletheia Insider Index I:  Additional attempts have been made to distribute the last supplement payment from the index account in the amount of $15.05 to Vasilios Poulos MC PC Profit.  A check was mailed out several times and after further investigation by the Trustee, it was determined that Mr. Poulos is deceased.  The Trustee has concluded that he has no other option but to transfer these funds to the Debtor and close out the Aletheia Insider Index I account.

The Trustee anticipates submitting his Final Report to the OUST before February 28, 2025.

P.E. 9/30/2023:  In the event Aletheia prevails on the appeal, it is expected that the case will be remanded for a jury trial, if it does not settle first.  After the appellate Court rules, it is expected that settlement discussions will ensue.

Estimated damages sought in the initial trial (before the Court's rulings eliminate various categories) included (1) $240,000 in defense costs incurred defending Aletheia and its Directors and Officers (D&Os) against the Proctor claim after the primary carrier Houston Casualty Company exhausted its limits paying defense costs ; (2) the $21,775,000 stipulated settlement between myself and Proctor, and (3) damages resulting from the bankruptcy of Aletheia and the reduced value of Aletheia as a going business concern, which Aletheia's expert witness had estimated to be in the range of $19-26 million. Thus, the total compensatory damages sought were in the range of $40-48 million, and Aletheia also sought prejudgment interest, punitive damages, and attorneys' fees. That said, the Axis policy at issue had a $5,000,000 policy limit, and recovery beyond that amount would require a finding of bad faith (beyond the mere breach of contract). In the event Aletheia prevails only on breach of contract and not on any bad faith findings, recovery would likely be limited to $5,000,000, plus potentially some prejudgment interest for amounts Aletheia actually paid. A rough, conservative estimated valuation of the claim, according to legal counsel, would be in the seven figure range.

The Trustee filed his brief on August 26, 2022 and Axis filed its brief on December 14, 2022.  The combined appellate reply brief was filed on February 14, 2023.  The respondent's reply brief was filed on April 5, 2023. The Court had a question regarding the order of dismissal of the complaint and on August 31, 2023, both parties had to brief certain issues for the Court.  The Court resolved them and the Trustee is currently waiting for final oral argument to be set which is expected soon.  Settlement discussions have not produced any movement at this point but once oral argument is set, settlement discussions will commence again. Otherwise, once the Court rules the case should resolve relatively quickly.

Both Aletheia Insider Index I and II accounts have been closed with only one supplemental distribution check in the amount of $15.05 turned over to and deposited into the Aletheia Research and Management account only after several attempts to contact the partner payee were unsuccessful.

The Trustee anticipates submitting his TFR to the Office of the US Trustee by June 30, 2024.

P.E. 9/30/2022:  This case may be closed upon resolution of pending litigation discussed below. All other matters have been resolved as explained herein.

AXIS
The remaining asset is the Axis lawsuit. My counsel and I have been diligently prosecuting litigation against Axis Surplus Insurance Company ("Axis"). This is a lawsuit between Aletheia and one of its insurance

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 7

**Case No.:** 2:12-47718- BR

**Case Name:** ALETHEIA RESEARCH AND MANAGEMENT, I

**For Period Ending:** 07/22/2025

**Trustee Name:** (002360) Jeffrey I. Golden, Trustee

**Date Filed (f) or Converted (c):** 03/29/2013 (c)

**§ 341(a) Meeting Date:** 05/06/2013

**Claims Bar Date:** 08/05/2013

carriers, Axis Surplus Insurance Company ("Axis") regarding Axis' denial of coverage for the underlying Proctor Claim, and the damages resulting therefrom.  By way of background, this case was first filed by Axis against Aletheia in May 2012 (before Aletheia filed for bankruptcy), with the original Complaint seeking declaratory relief that the Proctor Claim was not covered under the excess insurance policy Axis sold to Aletheia (because, Axis argued, Aletheia was late in providing Axis notice of the Proctor lawsuit, in violation of the policy conditions). In response, Aletheia filed a Cross-Complaint against Axis alleging claims for breach of contract, declaratory relief and bad faith. On November 11, 2012, Aletheia filed for bankruptcy and a notice of bankruptcy was filed with the Superior Court. Although the automatic stay by virtue of the bankruptcy affected only Axis' Complaint against Aletheia, on November 21, 2012, the Court entered an order staying the entire action, including Aletheia's Cross-Complaint. The Court then held status conferences for updates on the bankruptcy proceeding, while the coverage case remained stayed. On May 17, 2017, the Court issued an order to show cause, via minute order, regarding why the matter should not be dismissed for failure to prosecute within five years. In connection with that order to show cause, it appears that Axis' counsel misrepresented to the judge (who had replaced prior judge that issued the stay in 2012) the extent and scope of the stay in an effort to have the case dismissed for lack of prosecution, even though it had been stayed.

The Trustee retained Brutzkus Gubner ("BG") to take over the case on a contingency basis. On September 6, 2017, the Court vacated the order to show cause and lifted the stay as to Aletheia's Cross-Complaint only (but not as to Axis' Complaint which remained stayed by virtue of the bankruptcy), agreeing there was no basis to dismiss the case. Although Axis' original Complaint remained stayed, the issues raised in the Complaint were all subsumed in the Cross-Complaint, so the stay of the Complaint did not inhibit the litigation at that time. At various times throughout the case, Aletheia's counsel proposed that Axis move or stipulate to lift the stay as to its Complaint against Aletheia, but Axis would not agree to do so. In response to the Cross-Complaint, Axis filed a demurrer, arguing that there was no coverage for the underlying Proctor litigation and resulting settlement, because Aletheia failed to timely provide Axis with notice of the claim under the requirements of the policy. This was the sole basis for Axis' denial of coverage for the claim and it was believed that the outcome of the demurrer would help facilitate an early resolution of the litigation. Aletheia opposed the demurrer, and on September 6, 2017, the Court overruled the demurrer in its entirety and ordered Axis to answer the Cross-Complaint. The day before the hearing, the Court issued a detailed six page tentative ruling that adopted Aletheia's primary argument and found that the Axis policy was not a "claims made and reported policy" and therefore Axis would have to prove it was substantially prejudiced by the delayed notice in order to justify a denial of coverage based on that defense (which is a very difficult burden, likely impossible under these facts). During the hearing, Axis' pleaded with the Court to strike the text from the tentative ruling and simply "overrule" the demurrer without further comment, because (Axis claimed) it would provide affidavits and other evidence at the summary judgment stage that would sway the Court's views on the interpretation of the policy. Over Aletheia's objections (in part because Axis' supposed introduction of extrinsic evidence in this manner was a legal impossibility), the Court acquiesced to Axis' request and simply "overruled" the demurrer without further official comment. Shortly after the demurrer was overruled, Aletheia issued a settlement demand to Axis and proposed, if the offer was unacceptable, that the parties attend mediation to try to resolve the case. Axis then represented to the Court in March 2018 that they would attend mediation only after certain discovery was completed. Over the next year and half, the parties conducted discovery and prepared the case for summary judgment and trial. Due to conflicting schedules and, later, health issues on the part of Axis' counsel, the trial was continued several times and eventually was set for February 25, 2019. On July 31, 2018 (two days before the Court's post-mediation status conference, when the parties were expected to complete discovery), the parties attended mediation before Hon. John Zebrowski, a retired Justice for the California Court of Appeal. The case did not settle.

On January 19, 2019, the Court heard the parties' cross motions for summary judgment/adjudication. As with the demurrer, the primary issue was Axis' contention that the policy it sold was a "claims made and reported policy" not subject to the notice-prejudice rule, and that Axis' denial of coverage based on late notice did not require Axis to prove it was prejudiced. Again, the Court rejected Axis' argument and denied the motion on that basis, and found issues of fact precluded all other issues raised in the motion.

Heading into trial, Aletheia was seeking three components of its compensatory damages (1) approximately $240,000 in defense costs incurred defending Aletheia and its Directors and Officers (D&Os) against the Proctor claim after the primary carrier Houston Casualty Company exhausted its limits paying defense costs ; (2) the $21,775,000 stipulated settlement between the Trustee and Proctor, and (3) damages resulting from the bankruptcy of Aletheia and the reduced value of Aletheia as a going business concern, which Aletheia's expert witness had estimated to be in the range of $19-26 million. (Aletheia was also seeking other related

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 8

Case No.:   2:12-47718- BR

Case Name:   ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:   07/22/2025

Trustee Name:   (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):   03/29/2013 (c)

§ 341(a) Meeting Date:   05/06/2013

Claims Bar Date:   08/05/2013

recovery including prejudgment interest, attorneys' fees and punitive damages).

During the February 21, 2019 final status conference, the parties stipulated to a bifurcated trial proceeding with an initial bench trial phase to be held on the papers (a series of briefs, stipulated facts and certain exhibits, with no live testimony) to resolve a set of agreed-upon legal issues only (and no fact issues), and then a subsequent bench trial on the fact issues based on the framework laid down for legal issues at the bench trial. On April 2, 2019, following the aforementioned briefing, the Court held the bench trial, and issued its ruling on May 6, 2019. In the ruling, the Court made several critical errors including ruling that the $21,775,000 in damages sought by Aletheia for the stipulated settlement with Proctor were not covered or recoverable as damages by Aletheia in this case, and that the $240,000 in defense costs sought by Aletheia were not covered or recoverable as damages if they were jointly incurred for the defense of both Aletheia and its D&Os.

Following the bench trial, Aletheia filed a Petition for Writ of Mandate regarding the Court's ruling on the bench trial, raising a number of arguments including that the Court violated Aletheia's right to a jury trial on factual issues by resolving factual disputes at the bench trial and also that the Court made numerous mistakes of substantive insurance law. On August 16, 2019, the petition was denied with Court of Appeal stating that Aletheia "has an adequate remedy by way of appeal after entry of judgment". Thus, Aletheia proceeded to move forward with the jury trial, with the expectation of then later appealing the Court's rulings from the bench trial after entry of judgment. The parties attended a second mediation before mediator Bruce Friedman.

Over the next several months following that ruling, the parties negotiated potential avenues for how the case would proceed. After some time, the parties agreed that the jury trial phase would be a waste of resources (including the substantial costs for expert witnesses) and agreed that the most efficient course of action would be for the parties to stipulate to a judgment for the purpose of allowing an immediate appeal. The parties negotiated the terms of such a stipulation, expressly reserving their rights to appeal any legal issue in the case. Also, around this time, the case was twice reassigned to new judges, leading Aletheia each time to investigate whether the new judge would be amenable to reconsideration of the prior judge's rulings on the bench trial and on the motions in limine (and each time resulting in the determination that the new judge would not revisit those rulings and leaving Aletheia with no choice but to pursue the appeal).

The issue on appeal would be both (1) Aletheia's damages issue and (2) Axis' notice issue, so each party is seeking a determination from the appellate court before trial proceeds.

The Trustee had to seek approval from the Bankruptcy Court of the proposed course of action. Additionally, because Axis had never addressed its still-stayed original Complaint, the parties had to seek approval from the Bankruptcy Court to lift the stay on the Complaint so that it could be dismissed without prejudice as part of the stipulation to facilitate the appeal of the trial Court's rulings. A noticed motion was prepared and ultimately filed in the Bankruptcy Court. The Bankruptcy Court granted the motion, which (1) lift the stay as to Axis' original Complaint so it could be dismissed with prejudice; and (2) authorized the Trustee to enter into the stipulation to judgment on the Cross-Complaint to facilitate the appeal.

Following the Bankruptcy Court's approval, the parties revised the stipulation to reflect the developments in the Bankruptcy Court, and Axis' Complaint was dismissed without prejudice. Following a case management conference on May 13, 2021, the parties executed and signed the Stipulation with the Court. The Court approved the stipulation during a non-appearance review on June 8, 2021 but, for unknown reasons, did not serve the Notice of Entry of Judgment (which triggers the right to appeal). Thereafter the parties entered into a further stipulation to preserve the issue of costs until after the appeal.

Thereafter, Aletheia began preparing the case for appeal and designating the record to reflect the various materials the Court of Appeal would need to review in consideration of the appellate issues. On September 3, 2021, Aletheia filed its Notice of Appeal and related documents. Thereafter, on October 1, 2021, Axis filed its own Notice of Cross-Appeal (renewing its appeal of the trial Court's rulings on the late notice issue from the summary judgment phase), and its other related documents.

In the event Aletheia prevails on the appeal, it is expected that the case will be remanded for a jury trial.

As noted above, estimated damages sought in the initial trial (before the Court's rulings eliminate various

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 9

Case No.:  2:12-47718- BR

Case Name:  ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:  07/22/2025

Trustee Name:  (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):  03/29/2013 (c)

§ 341(a) Meeting Date:  05/06/2013

Claims Bar Date:  08/05/2013

categories) included (1) $240,000 in defense costs incurred defending Aletheia and its Directors and Officers (D&Os) against the Proctor claim after the primary carrier Houston Casualty Company exhausted its limits paying defense costs ; (2) the $21,775,000 stipulated settlement between the Trustee and Proctor, and (3) damages resulting from the bankruptcy of Aletheia and the reduced value of Aletheia as a going business concern, which Aletheia's expert witness had estimated to be in the range of $19-26 million. Thus, the total compensatory damages sought were in the range of $40-48 million, and Aletheia also sought prejudgment interest, punitive damages, and attorneys' fees. That said, the Axis policy at issue had a $5,000,000 policy limit, and recovery beyond that amount would require a finding of bad faith (beyond the mere breach of contract). In the event Aletheia prevails only on breach of contract and not on any bad faith findings, recovery would likely be limited to $5,000,000, plus potentially some prejudgment interest for amounts Aletheia actually paid. A rough, conservative estimated valuation of the claim, according to legal counsel, would be in the seven figure range.

The Axis litigation is currently on appeal before the California court of appeals. The Trustee has filed his brief and it is anticipated that Axis will file its brief December of this year. It is anticipated that the matter will be heard in the mid to latter part of 2023.

The Trustee is engaging in further settlement discussions and related strategy as well during this time period and discussing with counsel the making of a settlement offer to be presented shortly. It is the Trustee's hope to resolve this matter quickly to the extent possible.

ABANDONMENT

The Trustee has abandoned all unnecessary personal property and records by motion for order of the Court entered on September 20, 2022.

ALETHEIA INSIDER INDEX FUNDS

The Trustee has distributed the funds in the two index accounts to the investors for their final distribution per court order, after obtaining relevant information needed for and obtaining a court order to wind down the balance of their funds. Aletheia Insider Index I has approximately $300 in the account made up of five partner distributions that never cleared. The Trustee is currently reaching out to the remaining five partners to have these funds cleared.  Aletheia Insider Index II account has been zero balanced. Final tax returns including K-1's have been prepared and filed.

The Trustee anticipates submitting his TFR to the OUST by December 31, 2023.

P.E. 9/30/2021:  In the last year, the Trustee has continued to pursue litigation and resolve the remaining issues of the estate.  Once the remaining litigation against Axis is concluded, the estate may be closed.

AXIS

This is a lawsuit between Aletheia and one if its insurance carriers, Axis Surplus Insurance Company ("Axis") regarding Axis' denial of coverage for the underlying Proctor Claim, and the damages resulting therefrom.

By way of background, this case was first filed by Axis against Aletheia in May 2012 (before Aletheia filed for bankruptcy), with the original Complaint seeking declaratory relief that the Proctor Claim was not covered under the excess insurance policy Axis sold to Aletheia (because, Axis argued, Aletheia was late in providing Axis notice of the Proctor lawsuit, in violation of the policy conditions).  In response, Aletheia filed a Cross-Complaint against Axis alleging claims for breach of contract, declaratory relief and bad faith.

On November 11, 2012, Aletheia filed for bankruptcy and a notice of bankruptcy was filed with the Superior Court.  Although the automatic stay by virtue of the bankruptcy affected only Axis' Complaint against Aletheia, on November 21, 2012, the Court entered an order staying the entire action, including Aletheia's Cross-Complaint.  Over the next several years, the Court held status conferences for updates on the bankruptcy proceeding, while the coverage case remained stayed.

On May 17, 2017, the Court issued an order to show cause, via minute order, regarding why the matter should not be dismissed for failure to prosecute within five years. In connection with that order to show cause, it appears that Axis' counsel misrepresented to the judge (who had replaced prior judge that issued the stay in 2012) the extent and scope of the stay in an effort to have the case dismissed for lack of

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  10

Case No.:  2:12-47718- BR

Case Name:  ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:  07/22/2025

Trustee Name:  (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):  03/29/2013 (c)

§ 341(a) Meeting Date:  05/06/2013

Claims Bar Date:  08/05/2013

prosecution, even though it had been stayed.

I retained Brutzkus Gubner ("BG") to take over the case on a contingency basis.  On September 6, 2017, the Court vacated the order to show cause and lifted the stay as to Aletheia's Cross-Complaint only (but not as to Axis' Complaint which remained stayed by virtue of the bankruptcy), agreeing there was no basis to dismiss the case.  Although Axis' original Complaint remained stayed, the issues raised in the Complaint were all subsumed in the Cross-Complaint, so the stay of the Complaint did not inhibit the litigation at that time.  At various times throughout the case, Aletheia's counsel proposed that Axis move or stipulate to lift the stay as to its Complaint against Aletheia, but Axis would not agree to do so.

In response to the Cross-Complaint, Axis filed a demurrer, arguing that there was no coverage for the underlying Proctor litigation and resulting settlement, because Aletheia failed to timely provide Axis with notice of the claim under the requirements of the policy.  This was the sole basis for Axis' denial of coverage for the claim and it was believed that the outcome of the demurrer would help facilitate an early resolution of the litigation.  Aletheia opposed the demurrer, and on September 6, 2017, the Court overruled the demurrer in its entirety and ordered Axis to answer the Cross-Complaint.  The day before the hearing, the Court issued a detailed six page tentative ruling that adopted Aletheia's primary argument and found that the Axis policy was not a "claims made and reported policy" and therefore Axis would have to prove it was substantially prejudiced by the delayed notice in order to justify a denial of coverage based on that defense (which is a very difficult burden, likely impossible under these facts).  During the hearing, Axis' pleaded with the Court to strike the text from the tentative ruling and simply "overrule" the demurrer without further comment, because (Axis claimed) it would provide affidavits and other evidence at the summary judgment stage that would sway the Court's views on the interpretation of the policy.  Over Aletheia's objections (in part because Axis' supposed introduction of extrinsic evidence in this manner was a legal impossibility), the Court acquiesced to Axis' request and simply "overruled" the demurrer without further official comment.

Shortly after the demurrer was overruled, Aletheia issued a settlement demand to Axis and proposed, if the offer was unacceptable, that the parties attend mediation to try to resolve the case.  Axis ignored the demand and the proposal.  Axis then represented to the Court in March 2018 that they would attend mediation only after certain discovery was completed (which was curious because in the six months since the demurrer had been overruled, Axis had conducted no discovery).

Over the next year and half, the parties conducted discovery and prepared the case for summary judgment and trial.  Due to conflicting schedules and, later, health issues on the part of Axis' counsel, the trial was continued several times and eventually was set for February 25, 2019.

On July 31, 2018 (two days before the Court's post-mediation status conference, when the parties were expected to complete discovery), the parties attended mediation before Hon. John Zebrowski, a retired Justice for the California Court of Appeal.  The case did not settle and Axis never made any meaningful settlement proposals.

On January 19, 2019, the Court heard the parties' cross motions for summary judgment/adjudication.  As with the demurrer, the primary issue was Axis' contention that the policy it sold was a "claims made and reported policy" not subject to the notice-prejudice rule, and that Axis' denial of coverage based on late notice did not require Axis to prove it was prejudiced.  Again, the Court rejected Axis' argument and denied the motion on that basis, and found issues of fact precluded all other issues raised in the motion.

Axis filed a Petition for a Writ of Mandate challenging the summary judgment ruling, which the Court of Appeal promptly rejected stating "Any ambiguity or uncertainty in an insurance policy is to be resolved against the insurer."

In the aftermath of the summary judgment victory, Aletheia again initiated settlement discussions with Axis to attempt to resolve the case, in particular because the "late notice" defense the Court had now rejected twice was the sole basis Axis had raised for denying the claim when it arose.  However, the parties were not able to reach a settlement and continued to prepare for trial.

After losing twice on its late notice defense, Axis shifted its defense strategy to raise a litany of new defenses to the case, beyond the basis for its original denial of coverage.  In fact, all of the new defenses were based on events that transpired after Axis had wrongly denied coverage and abandoned its insureds.  Aletheia, and

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 11

Case No.:  2:12-47718- BR

Case Name:  ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:  07/22/2025

Trustee Name:  (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):  03/29/2013 (c)

§ 341(a) Meeting Date:  05/06/2013

Claims Bar Date:  08/05/2013

its counsel, quickly shifted the focus of the case to defeating these new defenses Axis had not previously pursued.

Heading into trial, Aletheia was seeking three components of its compensatory damages (1) approximately $240,000 in defense costs incurred defending Aletheia and its Directors and Officers (D&Os) against the Proctor claim after the primary carrier Houston Casualty Company exhausted its limits paying defense costs ; (2) the $21,775,000 stipulated settlement between the Trustee and Proctor, and (3) damages resulting from the bankruptcy of Aletheia and the reduced value of Aletheia as a going business concern, which Aletheia's expert witness had estimated to be in the range of $19-26 million.  (Aletheia was also seeking other related recovery including prejudgment interest, attorneys' fees and punitive damages).

Leading up to the trial, it became apparent that, notwithstanding the summary judgment ruling, there remained a litany of legal issues in dispute that would make the coming trial unmanageable, particularly in light of the new defense theories being raised by Axis.  During the February 21, 2019 final status conference, the parties stipulated to a bifurcated trial proceeding with an initial bench trial phase to be held on the papers (a series of briefs, stipulated facts and certain exhibits, with no live testimony) to resolve a set of agreed-upon legal issues only (and no fact issues), and then a subsequent bench trial on the fact issues based on the framework laid down for legal issues at the bench trial.  On April 2, 2019, following the aforementioned briefing, the Court held the bench trial, and issued its ruling on May 6, 2019.  In the ruling, the Court made several critical errors including ruling that the $21,775,000 in damages sought by Aletheia for the stipulated settlement with Proctor were not covered or recoverable as damages by Aletheia in this case, and that the $240,000 in defense costs sought by Aletheia were not covered or recoverable as damages if they were jointly incurred for the defense of both Aletheia and its D&Os.  The Court also made additional substantive mistakes with respect to issues of insurance law which would have made the jury trial phase more difficult, but it was the rulings on these two damages issues that were most damaging.

Following the bench trial, Aletheia filed a Petition for Writ of Mandate regarding the Court's ruling on the bench trial, raising a number of arguments including that the Court violated Aletheia's right to a jury trial on factual issues by resolving factual disputes at the bench trial and also that the Court made numerous mistakes of substantive insurance law.  On August 16, 2019, the petition was denied with Court of Appeal stating that Aletheia "has an adequate remedy by way of appeal after entry of judgment".  Thus, Aletheia proceeded to move forward with the jury trial, with the expectation of then later appealing the Court's rulings from the bench trial after entry of judgment.

The parties attended a second mediation before mediator Bruce Friedman in January 2020, but were unable to settle the case, although the parties continue to talk.

Thereafter, the parties prepared for the bench trial phase and attended the final status conference on February 21, 2020.  At that hearing, the Court granted all of Axis' motions in limine, including ruling that Aletheia's claimed damages associated with the bankruptcy and the reduced value of Aletheia as a going business concern were not recoverable as damages in this case.  By virtue of these rulings and the earlier rulings during the bench trial phase, the Court eliminated agreements regarding compensatory damages from recovery at the jury trial phase.

Over the next several months following that ruling, the parties negotiated potential avenues for how the case would proceed, insofar as the Court's rulings had deprived Aletheia of its ability to recover any damages, rendering a trial unnecessary.  After some time, the parties agreed that the jury trial phase would be a waste of resources (including the substantial costs for expert witnesses) and agreed that the most efficient course of action would be for the parties to stipulate to a judgment to be entered against Aletheia on its Cross-Complaint for the purpose of allowing an immediate appeal.  Over the next several months, the parties negotiated the terms of such a stipulation, expressly reserving their rights to appeal any legal issue in the case.  Also around this time, the case was twice reassigned to new judges, leading Aletheia each time to investigate whether the new judge would be amenable to reconsideration of the prior judge's rulings on the bench trial and on the motions in limine (and each time resulting in the determination that the new judge would not revisit those rulings and leaving Aletheia with no choice but to pursue the appeal).

This issue on appeal would be Aletheia's damages issue and Axis' notice issue, so each party is seeking a determination from the appellate court before trial proceeds.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 12

Case No.:  2:12-47718- BR

Case Name:  ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:  07/22/2025

Trustee Name:  (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):  03/29/2013 (c)

§ 341(a) Meeting Date:  05/06/2013

Claims Bar Date:  08/05/2013

Also during this time, Aletheia initiated further settlement discussions with Axis to seek resolution of the case, and some settlement discussions have taken place.

Although the general parameters of the stipulation were agreed to in late 2020, it was determined that the before the stipulation could be executed and finalized, I had to seek approval from the Bankruptcy Court of the proposed course of action.  Additionally, because Axis had never addressed its still-stayed original Complaint, the parties had to seek approval from the Bankruptcy Court to lift the stay on the Complaint so that it could be dismissed without prejudice as part of the stipulation to facilitate the appeal of the trial Court's rulings.  A noticed motion was prepared and ultimately filed in the Bankruptcy Court on March 2, 2021.  On April 5, 2021, the Bankruptcy Court granted the motion, which (1) lift the stay as to Axis' original Complaint so it could be dismissed with prejudice; and (2) authorized the Trustee to enter into the stipulation to judgment on the Cross-Complaint to facilitate the appeal.

Following the Bankruptcy Court's approval, the parties revised the stipulation to reflect the developments in the Bankruptcy Court, and Axis' Complaint was dismissed without prejudice.  Following a case management conference on May 13, 2021, the parties executed and signed the Stipulation on May 26, 2021, and filed same with the Court on May 27, 2021.  The Court approved the stipulation during a non-appearance review on June 8, 2021 but, for unknown reasons, did not serve the Notice of Entry of Judgment (which triggers the right to appeal) and related documents under July 19, 2021.  Thereafter the parties entered into a further stipulation to preserve the issue of costs until after the appeal.

Thereafter, Aletheia began preparing the case for appeal and designating the record to reflect the various materials the Court of Appeal would need to review in consideration of the appellate issues.  On September 3, 2021, Aletheia filed its Notice of Appeal and related documents.  Thereafter, on October 1, 2021, Axis filed its own Notice of Cross-Appeal (renewing its appeal of the trial Court's rulings on the late notice issue from the summary judgment phase), and its other related documents.

The parties are now awaiting an order from the Court of Appeal setting a hearing and briefing schedule.  It is anticipated that the appeal will be heard by the Court of Appeal sometime in late 2022 or early 2023, depending on the Court's schedule, but the parties won't know for sure until the initial scheduling order is issued.

In the event Aletheia prevails on the appeal, it is expected that the case will be remanded for a jury trial (and possibly further bench trial proceedings, insofar as the trial Court previously declined to rule on certain issues briefed in the first bench trial, finding they were rendered moot by other rulings now subject to appellate review).

The parties will also likely explore further mediation or settlement discussions based on the proceeding and outcome of the appeal.

As noted above, estimated damages sought in the initial trial (before the Court's rulings eliminate various categories) included (1) $240,000 in defense costs incurred defending Aletheia and its Directors and Officers (D&Os) against the Proctor claim after the primary carrier Houston Casualty Company exhausted its limits paying defense costs ; (2) the $21,775,000 stipulated settlement between the Trustee and Proctor, and (3) damages resulting from the bankruptcy of Aletheia and the reduced value of Aletheia as a going business concern, which Aletheia's expert witness had estimated to be in the range of $19-26 million.  Thus, the total compensatory damages sought were in the range of $40-48 million, and Aletheia also sought prejudgment interest, punitive damages, and attorneys' fees.  That said, the Axis policy at issue had a $5,000,000 policy limit, and recovery beyond that amount would require a finding of bad faith (beyond the mere breach of contract).  In the event Aletheia prevails only on breach of contract and not on any bad faith findings, recovery would likely be limited to $5,000,000, plus potentially some prejudgment interest for amounts Aletheia actually paid.  A rough, conservative estimated valuation of the claim, according to legal counsel, would be approximately $2,000,000 to $3,000,000 (however the case has significantly higher recovery potential depending on the outcome of the appeal and the remanded trial proceedings).

O'MELVENY, ET AL
The Trustee employed the Brutzkus Gubner Rozansky Seror Weber LLP ("BGRSW") on a contingency fee basis to pursue this matter.  Ultimately, it was unsuccessful.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 13

Case No.:  2:12-47718- BR

Case Name:  ALETHEIA RESEARCH AND MANAGEMENT, I

For Period Ending:  07/22/2025

Trustee Name:  (002360) Jeffrey I. Golden, Trustee

Date Filed (f) or Converted (c):  03/29/2013 (c)

§ 341(a) Meeting Date:  05/06/2013

Claims Bar Date:  08/05/2013

The Trustee filed a lawsuit as an adversary proceeding in the District Court as C.D.Cal. 2:14-CV-08725-CAS-AGR against four defendants, including O'Melveny & Myers LLP, and its partner Steven J. Olson, and its counsel J. Jorge deNeve (collectively, "O'Melveny"), and the law firm of Freedman +Taitelman, LLP ("Freedman"). There were prior settlements with some of the Defendants. The Lawsuit asserted five causes of action, two which sounded in breach of fiduciary duty and legal malpractice ("Legal Malpractice Claims"), and three causes of action for avoidance and recovery of transfers under the preference and fraudulent conveyance doctrines ("Bankruptcy Claims").

The factual circumstances arose from the actions and omissions of the Debtor's former attorneys for failing to recognize and properly advise the Debtor as to an actual conflict of interest, and for breach of fiduciary duty in the case of the two lawyers who for a time served as officers of the Debtor. That alleged conflict existed as to the attorneys' joint representation of the Debtor and the Debtor's former co-founder, CEO, and controlling shareholder Peter J. Eichler, Jr. ("Eichler"), in litigation involving a minority shareholder ("Proctor") where, in essence, Proctor was alleging that Eichler was "looting" the Debtor, including breaching his fiduciary duty to the Debtor and its shareholders by excessively compensating himself and related actions.

The trial in arbitration, the "evidentiary hearing," was conducted over a 12-day hearing conducted between November 5- 29, 2018. The evidentiary record consists of the testimony of 18 witnesses (12 live witnesses of whom four were percipient witnesses and eight were experts, and designated portions of deposition testimony of six additional percipient witnesses), and more than 1,200 documents admitted into evidence. After the evidentiary hearing, the parties provided post-hearing briefing, and oral closing argument was conducted on March 20, 2019. The Arbitrator denied the claims. A final award was issued (the "Final Award"). The District Court confirmed the arbitration award, (the "Order Confirming Award"). The Trustee timely appealed the Order Confirming Award. The Defendants filed a motion for summary judgment as to all of the claims alleged in the Lawsuit, including not only the Legal Malpractice Claims but also the Bankruptcy Claims (the "MSJ"). In essence, the Defendants argued that the Final Award had decided dispositive questions relevant to all of the claims. The Trustee opposed the MSJ on numerous grounds. In further support of the opposition to the Defendants' motion for summary judgment, the Trustee filed a motion to amend his original complaint to supplement the bankruptcy claims stated therein (the "Motion to Amend"). The Motion to Amend provided additional allegations supporting the Bankruptcy Claims. The District Court granted the MSJ and denied the Motion to Amend by its Judgment entered April 13, 2020 (the "MSJ Judgment").

The Trustee timely and separately appealed to the Ninth Circuit both the District Court's Order Confirming Award as well as the MSJ Judgment. The Ninth Circuit Court affirmed.

ALETHEIA INSIDER INDEX FUNDS
The Trustee distributed the funds in the two index accounts to the investors for their final distribution per court order, after obtaining relevant information needed for and obtaining a court order to wind down the balance of their funds.

SIGALOS 9019 MOTION
The Debtor is the sole shareholder of Aletheia Securities, Inc. ("Aletheia Securities"). Anthony Sigalos, as Trustee of the Anthony Sigalos Separate Property Trust U/A 8/30/1983 and as Trustee of the Sigalos Family Trust U/A 8/1/05 and on behalf of the NFS/FMTC Rollover IRA FBO Anthony Sigalos, and Diana Sigalos, individually and as Trustee of the Sigalos Family Trust U/A 8/1/05 (collectively, "Sigalos Entities"), have claims against Aletheia Securities that resulted in an arbitration award of $868,681.16 ("Award"), plus certain costs. The Trustee negotiated a settlement with the Sigalos Entities that would pay the Sigalos Entities $20,000 and free the remaining funds held by Aletheia Securities in order to pay other creditors or transfer such funds to the Debtor's Estate. On October 5, 2020, I filed a Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Settlement Between myself and the Sigalos Entities ("Motion") and notice thereon. The Motion was approved by order entered October 30, 2020. Subsequently, the settlement was consummated.

The Trustee anticipates submitting his Final Report to the OUST by March 31, 2023.

Initial Projected Date Of Final Report (TFR):  12/31/2014        Current Projected Date Of Final Report (TFR):  01/07/2025 (Actual)

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/09/13 | {47} | PAYCHEX | READYCHEX REFUND FROM PAYMENT MADE WHILE IN CH. 11 | 1290-000 | 1,971.26 | | 1,971.26 |
| 04/18/13 | {3} | BANK OF AMERICA | FUNDS FROM DIP ACCOUNT | 1129-000 | 7,460.82 | | 9,432.08 |
| 04/19/13 | {43} | TIGER REMARKETING SERVICES | GROSS PROCEEDS FROM ONLINE AUCTION HELD THRU 4/2/13. OFFICE EQUIPMENT, FURNITURE, FIXTURES AND ARTWORK SOLD | 1129-000 | 287,985.65 | | 297,417.73 |
| 04/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 125.42 | 297,292.31 |
| 05/13/13 | {25} | RICHARDSON GMP | QUARTERLY FEE PAYMENT - Q4 2012 RICHARDSON GMP LIMITED | 1121-000 | 6,026.33 | | 303,318.64 |
| 05/13/13 | {44} | JEFFREY I. GOLDEN, CHAPTER 11 TRUSTEE | TRANSFER OF FUNDS FROM THE CH. 11 CASE | 1290-010 | 865,404.79 | | 1,168,723.43 |
| 05/13/13 | {44} | JEFFREY I. GOLDEN, CHAPTER 11 TRUSTEE | TRANSFER OF FUNDS FROM THE CHAPTER 11 CASE | 1290-010 | 9,415.44 | | 1,178,138.87 |
| 05/22/13 | {54} | MERRILL LYNCH AND CO., INC. | RE ML UNIFIED MANAGED ACCOUNT MANAGER PAYMENT | 1280-000 | 3,316.16 | | 1,181,455.03 |
| 05/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 1,304.15 | 1,180,150.88 |
| 06/17/13 | {54} | DEP REVERSE: MERRILL LYNCH AND CO., INC. | inadvertently entered a wire in TES into the wrong account | 1280-000 | -3,316.16 | | 1,176,834.72 |
| 06/19/13 | {44} | JEFFREY I. GOLDEN, CHAPTER 11 TRUSTEE | TRANSFER OF FUNDS FROM THE CH. 11 CASE | 1290-010 | 3,308.07 | | 1,180,142.79 |
| 06/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 1,838.81 | 1,178,303.98 |
| 07/08/13 | {45} | AMERICAN EXPRESS TRAVEL RELATED SERVICES | CREDIT BALANCE REFUND MADE OUT TO PETER J. EICHLER ALETHEIA RESEARCH AND MAILED TO ALETHEIA'S BUSINESS ADDRESS RECEIVED BY TRUSTEE ON 7/2/13 | 1290-000 | 208.85 | | 1,178,512.83 |
| 07/09/13 | 1001 | EAST WEST BANK | COST FOR COPIES OF BANK RECORDS PAID PER LBR 2016-2(a)(9) | 2990-000 | | 50.50 | 1,178,462.33 |
| 07/10/13 | {46} | ANTHEM BLUE CROSS | REBATE OF HEALTH INSURANCE PREMIUM REQUIRED BY THE AFFORDABLE CARE ACT | 1290-000 | 3,579.07 | | 1,182,041.40 |
| 07/16/13 | {48} | GREENBERG TRAURIG PA | RETAINER REFUND | 1290-000 | 22,118.29 | | 1,204,159.69 |
| 07/26/13 | 1002 | ELIZABETH WELLS | APPRAISAL FEE PAID PER COURT ORDER ENTERED 7/17/13 | 3991-000 | | 1,995.00 | 1,202,164.69 |
| 07/26/13 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM #016030866 | 2300-000 | | 392.76 | 1,201,771.93 |
| 07/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 1,920.57 | 1,199,851.36 |
| 08/16/13 | 1004 | CALIFORNIA BANK & TRUST | COST FOR COPIES OF BANK RECORDS PAID PER LBR 2016-2(a)(9) | 2990-000 | | 884.00 | 1,198,967.36 |
| 08/26/13 | {25} | MORGAN STANLEY | ADVFEE - 01/25/13V CES IMS WK 01 25 | 1121-000 | 5,675.23 | | 1,204,642.59 |
| 08/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 1,936.37 | 1,202,706.22 |
| 09/06/13 | 1005 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID @ 80% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 1 | 3210-600 | | 209,026.40 | 993,679.82 |

**Page Subtotals:**   **$1,213,153.80**   **$219,473.98**

| | | |
|---|---|---|
| { } Asset Reference(s) | UST Form 101-7-TDR ( 10 /1/2010) | ! - transaction has not been cleared |

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/13 | 1006 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSESPAID @ 100% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 1 | 3220-610 | | 10,774.29 | 982,905.53 |
| 09/09/13 | {25} | JV LAND COMPANY | FEES OWED FOR THE PERIOD THROUGH JANUARY 15, 2013 WHEN TRADING OF ACCOUNT TERMINATED. JOHN VRABEL ACCT. | 1121-000 | 27.67 | | 982,933.20 |
| 09/17/13 | {25} | HEMATOLOGY - ONCOLOGY MEDICAL GROUP OF FRESNO, INC. | Management Fee | 1121-000 | 410.56 | | 983,343.76 |
| 09/19/13 | 1007 | CAMPAIGN LA | STIPULATED AMOUNT ASSOCIATED WITH AUCTION OF PROPERTY OF THE ESTATE PER COURT ORDER ENTERED 9/9/13 | 2990-000 | | 3,184.32 | 980,159.44 |
| 09/20/13 | {25} | CALIFORNIA UROLOGY MEDICAL GROUP | Management Fee | 1121-000 | 300.00 | | 980,459.44 |
| 09/20/13 | {25} | MARIA E.F. SHIER | Management Fee KAA-300063 | 1121-000 | 10.18 | | 980,469.62 |
| 09/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 1,638.11 | 978,831.51 |
| 10/02/13 | 1008 | TIGER REMARKETING SERVICES | AUCTIONEER EXPENSES AND COMMISSIONS. ITEMIZED AS FOLLOWS: (A) $53,602.71 FOR SALE EXPENSES. (B) $34,379.03 FPR BUYERS' PREMIUMS. PAID PER COURT ORDER ENTERED 9/9/13 | 3610-000 | | 87,981.74 | 890,849.77 |
| 10/09/13 | 1009 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID @ 80% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 2 | 3210-600 | | 54,094.00 | 836,755.77 |
| 10/09/13 | 1010 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSESPAID @ 100% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 2 | 3220-610 | | 624.91 | 836,130.86 |
| 10/11/13 | 1011 | ERNST & YOUNG LLP | FINANCIAL ADVISOR TO TRUSTEE - FEESPAID @ 80% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 1 | 3731-420 | | 178,260.00 | 657,870.86 |
| 10/11/13 | 1012 | ERNST & YOUNG LLP | FINANCIAL ADVISOR TO TRUSTEE - EXPENSESPAID @ 100% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 1 | 3732-430 | | 13,212.15 | 644,658.71 |
| 10/28/13 | 1013 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE FEESPER COURT ORDER ENTERED 10/28/13 | 3210-600 | | 52,256.60 | 592,402.11 |
| 10/28/13 | 1014 | WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP | ATTORNEY FOR TRUSTEE FEEPER COURT ORDER ENTERED 10/28/13 | 3110-000 | | 45,180.00 | 547,222.11 |
| 10/28/13 | 1015 | WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP | ATTORNEY FOR TRUSTEE EXPENSESPER COURT ORDER ENTERED 10/28/13 | 3120-000 | | 32.40 | 547,189.71 |
| 10/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 1,457.44 | 545,732.27 |

| | | |
|---|---|---|
| **Page Subtotals:** | $748.41 | $448,695.96 |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/27/13 | 1016 | CLICKS | DOCUMENT PRODUCTION EXPENSE PAID PER COURT ORDER ENTERED 11/26/13 CUSTOMER ID: 7014; INVOICE #7012188, W.O. # 1432TC; INVOICE #7012271, W.O. #1625TC; INVOICE #7012284, W.O. #830TC; INVOICE #7012324, W.O. #1610TC; INVOICE #7012362, W.O. #1500TC; INVOICE | 2990-000 | | 1,831.30 | 543,900.97 |
| 11/27/13 | 1017 | AMERICAN EXPRESS - DATAMARK | DOCUMENT PRODUCTION EXPENSE PAID PER COURT ORDER ENTERED 11/26/13 FILE NO. 201307040 | 2990-000 | | 935.10 | 542,965.87 |
| 11/27/13 | 1018 | EAST WEST BANK | DOCUMENT PRODUCTION EXPENSE PAID PER COURT ORDER ENTERED 11/26/13 EWB FILE #: S-13-101-425 | 2990-000 | | 111.04 | 542,854.83 |
| 11/27/13 | 1019 | LIVE OFFICE LLC | DOCUMENT PRODUCTION EXPENSE PAID PER COURT ORDER ENTERED 11/26/13 INVOICE #INV00388170 | 2990-000 | | 5,825.00 | 537,029.83 |
| 11/27/13 | 1020 | NETWORK DEPOSITION SERVICES, INC. | DEPOSITION SERVICES - EXAMINATION OF PETER J. EICHLER, JR. ON 7/26/13 PAID PER COURT ORDER ENTERED 11/26/13 INVOICE #A1308180 | 2990-000 | | 1,529.25 | 535,500.58 |
| 11/27/13 | 1021 | BANK OF AMERICA | DOCUMENT PRODUCTION EXPENSE PAID PER COURT ORDER ENTERED 11/26/13 REF. #U070913000077 | 2990-000 | | 222.86 | 535,277.72 |
| 11/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 977.73 | 534,299.99 |
| 12/23/13 | 1022 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID @ 80% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 3 | 3210-600 | | 41,604.40 | 492,695.59 |
| 12/23/13 | 1023 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 3 | 3220-610 | | 364.09 | 492,331.50 |
| 12/23/13 | 1024 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID @ 80% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 4 | 3210-600 | | 49,426.80 | 442,904.70 |
| 12/23/13 | 1025 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 4 | 3220-610 | | 262.73 | 442,641.97 |
| 12/27/13 | 1026 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL STATEMENT NO. 5 FOR THE MONTH OF NOVEMBER AND NOTICE OF ERRATA | 3210-600 | | 28,694.80 | 413,947.17 |

Page Subtotals:  $0.00  $131,785.10

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/27/13 | 1027 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 5 | 3220-610 | | 119.30 | 413,827.87 |
| 12/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 841.35 | 412,986.52 |
| 01/09/14 | 1028 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | 565.31 | 412,421.21 |
| 01/17/14 | {49} | GLOBAL SURETY, LLC | REFUND OF CH. 11 INDIVIDUAL BOND | 1290-000 | 6,800.00 | | 419,221.21 |
| 01/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 672.15 | 418,549.06 |
| 02/05/14 | 1029 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM #016030866 | 2300-000 | | 100.51 | 418,448.55 |
| 02/11/14 | {50} | FEDEX EXPRESS | Refund of check received 12/27/12. | 1290-000 | 345.94 | | 418,794.49 |
| 02/19/14 | 1030 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 2 | 3731-420 | | 21,372.00 | 397,422.49 |
| 02/19/14 | 1031 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 3 | 3731-420 | | 10,790.00 | 386,632.49 |
| 02/19/14 | 1032 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 4 | 3731-420 | | 42,520.00 | 344,112.49 |
| 02/19/14 | 1033 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 5 | 3731-420 | | 36,490.00 | 307,622.49 |
| 02/19/14 | 1034 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - EXPENSES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 5 | 3732-430 | | 3,309.36 | 304,313.13 |
| 02/19/14 | 1035 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 6 | 3731-420 | | 3,562.00 | 300,751.13 |
| 02/19/14 | 1036 | ERNST & YOUNG, LLP | FINANCIAL ADVISOR TO TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 7 | 3731-420 | | 5,208.00 | 295,543.13 |
| 02/28/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 609.96 | 294,933.17 |
| 03/06/14 | 1037 | US STORAGE CENTERS - ORANGE | STORAGE FEE; UNIT #A034; PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 294,724.67 |
| 03/07/14 | 1038 | INDEPENDENT MANAGEMENT SERVICES | REIMBURSEMENT FOR W-2 & FINAL 2013 PAYROLL RETURNS DUE & PAID BY IMS 4/5/13 PAID PER COURT ORDER ENTERED 3/4/14 | 2990-000 | | 252.00 | 294,472.67 |

Page Subtotals: $7,145.94    $126,620.44

# Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/14 | 1039 | INDEPENDENT MANAGEMENT SERVICES | REIMBURSEMENT FOR PAYMENT OF FEB, 2014 STORAGE FEE (INCLUDES LATE FEE) PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 217.93 | 294,254.74 |
| 03/07/14 | 1040 | BANK OF AMERICA | DOCUMENT PRODUCTION; INVOICE #281133 PAID PER COURT ORDER ENTERED 3/4/14 | 2990-000 | | 171.45 | 294,083.29 |
| 03/07/14 | 1041 | CLICKS | DOCUMENT PRODUCTION; INVOICE #7012781; CUST. ID 7014; PAID PER COURT ORDER ENTERED 3/4/14 | 2990-000 | | 66.45 | 294,016.84 |
| 03/07/14 | 1042 | THIRD PARTY SERVICES | DOCUMENT PRODUCTION; INVOICE #L201315820; PAID PER COURT ORDER ENTERED 3/4/14 | 2990-000 | | 535.00 | 293,481.84 |
| 03/07/14 | 1043 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID L3242; INV. #GXT3119, #HDK1330, #HFF4939, #HKS4384, #HNK9399, #HUK2788, #HWP6875, #JBD9936; 4/30/2013 - 12/31/2013; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 11,247.64 | 282,234.20 |
| 03/07/14 | 1044 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #JVX9782, #JYT2485, #KCA9761; 1/1/2014 - 3/31/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 4,563.21 | 277,670.99 |
| 03/20/14 | 1045 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL STATEMENT NO. 6 FOR THE MONTH OF DECEMBER | 3210-600 | | 30,390.40 | 247,280.59 |
| 03/20/14 | 1046 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 6 | 3220-610 | | 169.00 | 247,111.59 |
| 03/20/14 | 1047 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL STATEMENT NO. 7 FOR THE MONTH OF JANUARY | 3210-600 | | 22,869.60 | 224,241.99 |
| 03/20/14 | 1048 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 7 | 3220-610 | | 171.50 | 224,070.49 |
| 03/27/14 | 1049 | ERNST & YOUNG LLP | FINANCIAL ADVISOR TO TRUSTEE - FEESREMAINING 20% OF ALLOWED AMOUNTPER COURT ORDER ENTERED 3/26/14 | 3731-420 | | 44,565.00 | 179,505.49 |
| 03/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 520.02 | 178,985.47 |
| 04/15/14 | 1050 | INDEPENDENT MANAGEMENT SERVICES | REIMBURSEMENT FOR RELOCATING ARTWORK PAID PER COURT ORDER ENTERED 3/4/14 | 2990-000 | | 374.00 | 178,611.47 |
| 04/16/14 | 1051 | INDEPENDENT MANAGEMENT SERVICES | REIMBURSEMENT OF PAYMENT FOR APRIL, 2014 STORAGE. UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 178,402.97 |

Page Subtotals:     $0.00     $116,069.70

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/14 | 1052 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KFA9635; 4/1/2014 - 4/30/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,394.15 | 177,008.82 |
| 04/23/14 | 1053 | US STORAGE CENTERS - ORANGE | MAY, 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 176,800.32 |
| 04/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 311.10 | 176,489.22 |
| 05/13/14 | 1054 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 8; FEBRUARY, 2014 | 3210-600 | | 39,414.40 | 137,074.82 |
| 05/13/14 | 1055 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 8; FEBRUARY, 2014 | 3220-610 | | 303.76 | 136,771.06 |
| 05/13/14 | 1056 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 9; MARCH, 2014 | 3210-600 | | 44,952.00 | 91,819.06 |
| 05/13/14 | 1057 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 9; MARCH, 2014 | 3220-610 | | 305.27 | 91,513.79 |
| 05/19/14 | 1058 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KHR0146; 5/1/2014 - 5/31/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,479.44 | 90,034.35 |
| 05/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 226.54 | 89,807.81 |
| 06/10/14 | 1059 | US STORAGE CENTERS - ORANGE | JUNE, 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 89,599.31 |
| 06/19/14 | 1060 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KKK1448; 6/1/2014 - 6/30/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,285.17 | 88,314.14 |
| 06/26/14 | 1061 | US STORAGE CENTERS - ORANGE | JULY, 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 88,105.64 |
| 06/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 139.59 | 87,966.05 |
| 07/08/14 | 1062 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KMT6868; 7/1/2014 - 7/31/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,316.46 | 86,649.59 |
| 07/16/14 | {28} | JAMS | REFUND RE ALETHEIA VS. PROCTOR INVESTMENT MANAGERS LLC ET AL. REFERENCE #******3234 | 1129-000 | 6,522.50 | | 93,172.09 |
| 07/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 145.41 | 93,026.68 |
| 08/01/14 | 1063 | US STORAGE CENTERS - ORANGE | AUG., 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 92,818.18 |

Page Subtotals: **$6,522.50**    **$92,107.29**

## Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/12/14 | 1064 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KPX4921; 8/1/2014 - 8/31/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,316.46 | 91,501.72 |
| 08/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 148.79 | 91,352.93 |
| 09/05/14 | 1065 | US STORAGE CENTERS - ORANGE | SEPT., 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 91,144.43 |
| 09/08/14 | 1066 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KTA6169; 9/1/2014 - 9/30/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,404.94 | 89,739.49 |
| 09/18/14 | 1067 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 10; APRIL, 2014 | 3210-600 | | 36,245.60 | 53,493.89 |
| 09/18/14 | 1068 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 10; APRIL, 2014 | 3220-610 | | 7,529.95 | 45,963.94 |
| 09/18/14 | 1069 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 11; MAY, 2014 | 3210-600 | | 25,654.80 | 20,309.14 |
| 09/18/14 | 1070 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 11; MAY, 2014 | 3220-610 | | 517.56 | 19,791.58 |
| 09/23/14 | 1071 | US STORAGE CENTERS - ORANGE | OCT., 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 19,583.08 |
| 09/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 112.56 | 19,470.52 |
| 10/06/14 | 1072 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KUV7108; 10/1/2014 - 10/31/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,316.46 | 18,154.06 |
| 10/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 30.17 | 18,123.89 |
| 11/03/14 | 1073 | US STORAGE CENTERS - ORANGE | NOV., 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 17,915.39 |
| 11/05/14 | {46} | ANTHEM BLUE CROSS | REBATE OF HEALTH INSURANCE PREMIUM REQUIRED BY THE AFFORDABLE CARE ACT | 1290-000 | 58.87 | | 17,974.26 |
| 11/13/14 | 1074 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KXE1020; 11/1/2014 - 11/30/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,316.46 | 16,657.80 |
| 11/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 27.35 | 16,630.45 |
| 12/05/14 | 1075 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #KZD7125; 12/1/2014 - 12/31/14; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 1,316.46 | 15,313.99 |
| 12/05/14 | 1076 | US STORAGE CENTERS - ORANGE | DEC., 2014 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/4/14 | 2410-000 | | 208.50 | 15,105.49 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$58.87** | **$77,771.56** |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 8

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/08/14 | {24} | JEFFREY I. GOLDEN | FUNDS FROM ALETHEIA INSIDER INDEX II, LP TO PAY COSTS/EXPENSES INSURRED BY THE GENERAL PARTNER | 1129-000 | 182,126.85 | | 197,232.34 |
| 12/08/14 | {23} | JEFFREY I. GOLDEN | FUNDS FROM ALETHEIA INSIDER INDEX I, LP TO PAY COSTS/EXPENSES INSURRED BY THE GENERAL PARTNER | 1129-000 | 182,126.85 | | 379,359.19 |
| 12/09/14 | 1077 | WESTERN RESERVE VALUATION SERVICES LLC | FEE FOR VALUATION REPORT PAID PER COURT ORDER ENTERED 10/14/14 | 3991-000 | | 27,500.00 | 351,859.19 |
| 12/16/14 | 1078 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL TO TRUSTEE EXPENSES - PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT #1; JULY 31, 2014 THRU OCT. 31, 2014 | 3220-610 | | 792.55 | 351,066.64 |
| 12/16/14 | 1079 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 12; JUNE, 2014 | 3210-600 | | 16,496.00 | 334,570.64 |
| 12/16/14 | 1080 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 12; JUNE, 2014 | 3220-610 | | 102.50 | 334,468.14 |
| 12/16/14 | 1081 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 13; JULY, 2014 | 3210-600 | | 5,629.20 | 328,838.94 |
| 12/16/14 | 1082 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 13; JULY, 2014 | 3220-610 | | 50.27 | 328,788.67 |
| 12/16/14 | 1083 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 14; AUGUST, 2014 | 3210-600 | | 6,790.40 | 321,998.27 |
| 12/16/14 | 1084 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 14; AUGUST, 2014 | 3220-610 | | 3.64 | 321,994.63 |
| 12/16/14 | 1085 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 15; SEPT., 2014 | 3210-600 | | 17,329.20 | 304,665.43 |
| 12/16/14 | 1086 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 15; SEPT., 2014 | 3220-610 | | 18.80 | 304,646.63 |
| 12/16/14 | 1087 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID @ 80% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 16; OCT., 2014 | 3210-600 | | 12,536.00 | 292,110.63 |

**Page Subtotals:**      **$364,253.70**      **$87,248.56**

# Form 2

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 2:12-47718- BR | | Trustee Name: | | Jeffrey I. Golden, Trustee (002360) | |
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | | Bank Name: | | INDEPENDENT BANK | |
| | | | Account #: | | *******7718 CHECKING ACCOUNT - CH.7 | |
| Taxpayer ID #: | **-***7814 | | Blanket Bond (per case limit): | | $5,000,000.00 | |
| For Period Ending: | 07/22/2025 | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/14 | 1088 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT NO. 16; OCT., 2014 | 3220-610 | | 226.43 | 291,884.20 |
| 12/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 410.39 | 291,473.81 |
| 01/05/15 | 1089 | US STORAGE CENTERS - ORANGE | JAN., 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 208.50 | 291,265.31 |
| 01/07/15 | 1090 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LBF3455; 1/1/2015 - 1/31/15 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,316.46 | 289,948.85 |
| 01/08/15 | 1091 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | 420.60 | 289,528.25 |
| 01/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 468.14 | 289,060.11 |
| 02/05/15 | 1092 | US STORAGE CENTERS - ORANGE | FEB., 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 208.50 | 288,851.61 |
| 02/09/15 | 1093 | WEILAND, GOLDEN, SMILEY, WANG-EKVALL, LLP | FORMER COUNSEL FOR TRUSTEE - FEEPAID PER COURT ORDER ENTERED 2/9/15 | 3110-000 | | 205,922.00 | 82,929.61 |
| 02/09/15 | 1094 | WEILAND, GOLDEN, SMILEY, WANG-EKVALL, LLP | FORMER COUNSEL FOR TRUSTEE - EXPENSESPAID PER COURT ORDER ENTERED 2/9/15 | 3120-000 | | 1,625.13 | 81,304.48 |
| 02/09/15 | 1095 | WEILAND GOLDEN LLP | COUNSEL FOR TRUSTEE - FEEPAID PER COURT ORDER ENTERED 2/9/15 | 3110-000 | | 49,675.00 | 31,629.48 |
| 02/09/15 | 1096 | WEILAND GOLDEN LLP | COUNSEL FOR TRUSTEE - EXPENSESPAID PER COURT ORDER ENTERED 2/9/15 | 3120-000 | | 127.80 | 31,501.68 |
| 02/09/15 | 1097 | CROWE HORWATH LLP | TAX CONSULTANT FOR TRUSTEE - FEEPAID PER COURT ORDER ENTERED 2/9/15 | 3410-000 | | 8,008.00 | 23,493.68 |
| 02/10/15 | 1098 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LDK8219; 2/1/2015 - 2/28/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,316.46 | 22,177.22 |
| 02/18/15 | 1099 | JAMS | 1/2 OF MEDIATION FEES PAID PER COURT ORDER ENTERED 1/12/15 | 3721-000 | | 3,775.00 | 18,402.22 |
| 02/28/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 162.59 | 18,239.63 |
| 03/04/15 | 1100 | US STORAGE CENTERS - ORANGE | MARCH, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 18,015.13 |
| 03/06/15 | 1101 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LFN1053; 3/1/2015 - 3/31/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,316.46 | 16,698.67 |
| 03/20/15 | {55} | GLOBAL SURETY, LLC | REFUND OF BOND PREMIUM PREMIUM COST PER THOUSAND WAS DECREASED FROM .80 TO .50 RETROACTIVELY TO JANUARY 1, 2015 | 1290-000 | 144.57 | | 16,843.24 |

Page Subtotals:        $144.57        $275,411.96

# Form 2

Exhibit 9

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 28.12 | 16,815.12 |
| 04/03/15 | 1102 | US STORAGE CENTERS - ORANGE | APRIL, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 16,590.62 |
| 04/08/15 | 1103 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LHN2235; 4/1/2015 - 4/30/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,316.46 | 15,274.16 |
| 04/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 24.75 | 15,249.41 |
| 05/05/15 | 1104 | US STORAGE CENTERS - ORANGE | May, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 15,024.91 |
| 05/19/15 | 1105 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LKR5282; 5/1/2015 - 5/31/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,326.10 | 13,698.81 |
| 05/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 24.14 | 13,674.67 |
| 06/02/15 | 1106 | US STORAGE CENTERS - ORANGE | June, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 13,450.17 |
| 06/11/15 | 1107 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LML2837; 6/1/2015 - 6/30/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,316.46 | 12,133.71 |
| 06/25/15 | | Transfer From: #*******7718 | Transfer to pay special counsel, Ashby & Geddes, P.A. per Court order entered 10/14/14. Engagement letter provides that Ashby shall receive 31% of any recovery prior to commencement of trial. Cases: ABM Parking Services; LA Networks; Seeley Brothers; | 9999-000 | ! 49,184.49 | | 61,318.20 |
| 06/25/15 | 1108 | ASHBY & GEDDES | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID PER COURT ORDER ENTERED 10/14/14 REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASES: ABM PARKING SERVICES: $1,364.00 LA NETWORKS: $6,200.00 SEELEY BROTHERS: $3,720.00 ROBERT K. LEVIN AND MICHAEL LANEY: $23,950.49 THOMSON REUTERS: $13,950.00 FOR TOTAL OF: $49,184.49 | 3210-600 | | 49,184.49 | 12,133.71 |
| 06/26/15 | 1109 | US STORAGE CENTERS - ORANGE | July, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 11,909.21 |
| 06/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 35.50 | 11,873.71 |
| 07/07/15 | 1110 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LRC7013; 7/1/2015 - 7/31/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 10,531.13 |

**Page Subtotals:** $49,184.49   $55,496.60

# Form 2

Exhibit 9

Page: 11

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND | | Bank Name: | INDEPENDENT BANK |
| | MANAGEMENT, I | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/13/15 | | Transfer From: #*******7718 | Transfer to pay special counsel, Ashby & Geddes, P.A. per Court order entered 10/14/14. Engagement letter provides that Ashby shall receive 31% of any recovery prior to commencement of trial. Cases: American Express; Cushman Wakefield. | 9999-000 | ! 28,520.00 | | 39,051.13 |
| 07/13/15 | | Transfer From: #*******7718 | Transfer to pay special counsel, Ashby & Geddes, P.A. per Court order entered 10/14/14. Engagement letter provides that Ashby shall receive 31% of any recovery prior to commencement of trial. Cases: American Express; Cushman Wakefield. | 9999-000 | ! 28,520.00 | | 67,571.13 |
| 07/13/15 | 1111 | ASHBY & GEDDES | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID PER COURT ORDER ENTERED 10/14/14REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASES:AMERICAN EXPRESS: $26,350.00CUSHMAN WAKEFIELD: $2,170 | 3210-600 | | 28,520.00 | 39,051.13 |
| 07/13/15 | | Transfer To: #*******7718 | Transferred to checking account in error. Only needed one transfer of $28,520. | 9999-000 | | 28,520.00 | 10,531.13 |
| 07/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 35.15 | 10,495.98 |
| 08/03/15 | 1112 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | 22.12 | 10,473.86 |
| 08/04/15 | 1113 | US STORAGE CENTERS - ORANGE | AUG, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 10,249.36 |
| 08/10/15 | 1114 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LTD8024; 8/1/2015 - 8/31/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 8,906.78 |
| 08/12/15 | | Transfer From: #*******7718 | Transfer to pay expenses to Ashby & Geddes per professional fee statements #2, #3 and #4 | 9999-000 | ! 8,226.47 | | 17,133.25 |
| 08/12/15 | 1115 | ASHBY & GEDDES | SPECIAL COUNSEL TO TRUSTEE EXPENSES - PAID @ 100% OF ALLOWED AMOUNT PER PROFESSIONAL FEE STATEMENT #2 NOV. 1, 2014 THRU NOV. 30, 2014; PROFESSIONAL FEE STATEMENT #3 DEC. 1, 2014 THRU DEC. 31, 2014; PROFESSIONAL FEE STATEMENT #4 JAN. 1, 2015 THRU MAR. 31, 2015; PAID PER COURT ORDER ENTERED 10/14/14 | 3220-610 | | 8,226.47 | 8,906.78 |
| 08/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 18.18 | 8,888.60 |
| 09/04/15 | 1116 | US STORAGE CENTERS - ORANGE | SEPT, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 8,664.10 |

Page Subtotals:      $65,266.47      $67,133.50

# Form 2

Exhibit 9

Page: 12

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/04/15 | 1117 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LVE7134; 9/1/2015 - 9/30/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 7,321.52 |
| 09/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 12.16 | 7,309.36 |
| 10/01/15 | 1118 | US STORAGE CENTERS - ORANGE | OCT, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 7,084.86 |
| 10/07/15 | | Transfer From: #*******7718 | Transfer of funds from Segregated Trust Account. | 9999-000 | ! 179,353.69 | | 186,438.55 |
| 10/07/15 | 1119 | PHILLIPS ADR ENTERPRISES, P.C. | ONE-HALF RETAINER FEE FOR ARBITRATION GOLDEN V. O'MELVENY CLIENT #10613 INV. #11161 | 3721-000 | | 25,000.00 | 161,438.55 |
| 10/08/15 | 1120 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - EXPENSESEXPENSE STATEMENTS #2 THRU #5 | 3220-610 | | 18,467.07 | 142,971.48 |
| 10/08/15 | 1121 | JEFFER MANGELS BUTLER & MITCHELL LLP | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID PER COURT ORDER ENTERED 12/30/14 | 3210-600 | | 10,000.00 | 132,971.48 |
| 10/08/15 | 1122 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LXN5100; 10/1/2015 - 10/31/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 131,628.90 |
| 10/09/15 | 1123 | CLICKS DOCUMENT MANAGEMENT | DOCUMENT PRODUCTION; INVOICE #7014339 AND #7014354; CUST. ID 7014; PAID PER COURT ORDER ENTERED 3/3/15 | 2990-000 | | 8,902.32 | 122,726.58 |
| 10/20/15 | 1124 | EZRA BRUTZKUS GUBNER LLP | REIMBURSEMENT OF RETAINER PAID TO TRUSTEE'S EXPERT ON LEGAL ETHICS, ART MARGOLIS. ALETHEIA/O'MELVENY PAID PER COURT ORDER ENTERED 1/12/15 | 3991-000 | | 10,000.00 | 112,726.58 |
| 10/27/15 | | ASHBY & GEDDES, P.A. | RETURN OF OVERPAYMENT RE CHECK NO. 1120 | 3220-610 | | -8,226.47 | 120,953.05 |
| 10/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 169.90 | 120,783.15 |
| 11/03/15 | 1125 | US STORAGE CENTERS - ORANGE | NOV, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 120,558.65 |
| 11/09/15 | 1126 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #LZM6533; 11/1/2015 - 11/30/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 119,216.07 |
| 11/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 187.52 | 119,028.55 |
| 12/07/15 | 1127 | US STORAGE CENTERS - ORANGE | DEC, 2015 STORAGE FEE; UNIT #A034; PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 224.50 | 118,804.05 |

Page Subtotals: $179,353.69    $69,213.74

# Form 2

Exhibit 9

Page: 13

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:12-47718- BR | **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Case Name:** | ALETHEIA RESEARCH AND | **Bank Name:** | INDEPENDENT BANK |
| | MANAGEMENT, I | **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Taxpayer ID #:** | **-***7814 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 07/22/2025 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/15 | 1128 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MBN9611; 12/1/2015 - 12/31/2015 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 117,461.47 |
| 12/30/15 | {24} | JEFFREY I. GOLDEN | FUNDS FROM ALETHEIA INSIDER INDEX II, LP REPRESENTING COSTS/EXPENSES INCURRED ON BEHALF OF THE FUNDS | 1129-000 | 18,249.24 | | 135,710.71 |
| 12/30/15 | {23} | JEFFREY I. GOLDEN | FUNDS FROM ALETHEIA INSIDER INDEX I, LP REPRESENTING COSTS/EXPENSES INCURRED ON BEHALF OF THE FUNDS | 1129-000 | 18,249.23 | | 153,959.94 |
| 12/30/15 | 1129 | ERNST & YOUNG LLP | FINANCIAL ADVISOR TO TRUSTEE - FEESPAID @ 80% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 8 | 3731-420 | | 5,052.00 | 148,907.94 |
| 12/30/15 | 1130 | ERNST & YOUNG LLP | FINANCIAL ADVISOR TO TRUSTEE - FEESPAID @ 35.125825366% OF ALLOWED AMOUNT OF $122,172.92PER PROFESSIONAL FEE STATEMENT NO. 9 | 3731-420 | | 41,813.08 | 107,094.86 |
| 12/30/15 | 1131 | ERNST & YOUNG LLP | FINANCIAL ADVISOR TO TRUSTEE - EXPENSESPAID @ 100% OF ALLOWED AMOUNTPER PROFESSIONAL FEE STATEMENT NO. 9 | 3732-430 | | 3,134.92 | 103,959.94 |
| 12/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 192.52 | 103,767.42 |
| 01/07/16 | 1132 | US STORAGE CENTERS - ORANGE | JAN, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 236.50 | 103,530.92 |
| 01/12/16 | 1133 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | 274.71 | 103,256.21 |
| 01/13/16 | 1134 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MDT2584; 01/1/2016 - 01/31/2016 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 101,913.63 |
| 01/29/16 | 1135 | US STORAGE CENTERS - ORANGE | FEB, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 236.50 | 101,677.13 |
| 01/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 194.65 | 101,482.48 |
| 02/10/16 | 1136 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MGF1573; 02/1/2016 - 02/29/2016 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 100,139.90 |
| 02/19/16 | {51} | WEBSTER BANK | 1ST PAYMENT - SETTLEMENT WITH DAVID BUNZEL | 1249-000 | 70,000.00 | | 170,139.90 |
| 02/26/16 | | Transfer From: #*******7718 | Transfer funds to pay Ashby & Geddes their recovery fee of 31% of Settlements with American Heritage, Holthouse Carlin, Roger Peikin, Mark C. Scalzo and David Bunzel | 9999-000 | ! 66,805.00 | | 236,944.90 |

**Page Subtotals:** $173,303.47    $55,162.62

# Form 2

Exhibit 9

Page: 14

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | ******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/26/16 | 1137 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID PER COURT ORDER ENTERED 10/14/14 REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASES: AMERICAN HERITAGE LIFE: $4,650 HOLTHOUSE CARLIN: $7,440 ROGER PEIKIN: $31,000 MARK C. SCALZO: $2,015 DAVID BUNZEL: $21,700 | 3210-600 | | 66,805.00 | 170,139.90 |
| 02/26/16 | | Transfer To: #******7718 | Transfer Funds received by David Bunzel to segregated account. | 9999-000 | | 70,000.00 | 100,139.90 |
| 02/29/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 181.14 | 99,958.76 |
| 03/02/16 | 1138 | US STORAGE CENTERS - ORANGE | MAR, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 252.50 | 99,706.26 |
| 03/09/16 | 1139 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MJK9946; 03/01/2016 - 03/31/2016 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 98,363.68 |
| 03/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 166.68 | 98,197.00 |
| 04/04/16 | 1140 | US STORAGE CENTERS - ORANGE | APR, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 252.50 | 97,944.50 |
| 04/08/16 | 1141 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MLT2183; 04/01/2016 - 04/30/2016 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,352.22 | 96,592.28 |
| 04/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 151.77 | 96,440.51 |
| 05/03/16 | 1142 | US STORAGE CENTERS - ORANGE | MAY, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 252.50 | 96,188.01 |
| 05/12/16 | 1143 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MNY1836; 05/01/2016 - 05/31/2016 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 94,845.43 |
| 05/12/16 | 1144 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PER EXPENSE STATEMENTS #6 AND #7 | 3220-610 | | 12,820.89 | 82,024.54 |
| 05/31/16 | | Transfer From: #******7718 | Transfer to pay Ashby & Geddes | 9999-000 | ! 14,637.39 | | 96,661.93 |
| 05/31/16 | 1145 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID PER COURT ORDER ENTERED 10/14/14 REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASE: DAVID BUNZEL | 3210-600 | | 11,366.46 | 85,295.47 |
| 05/31/16 | 1146 | ASHBY & GEDDES, P.A. | Check issued prematurely Voided on 05/31/2016 | 3220-610 | | 3,270.93 | 82,024.54 |

**Page Subtotals:** $14,637.39    $169,557.75

# Form 2

Exhibit 9

Page: 15

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/16 | 1146 | ASHBY & GEDDES, P.A. | Check issued prematurely Voided: check issued on 05/31/2016 | 3220-610 | | -3,270.93 | 85,295.47 |
| 05/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 145.62 | 85,149.85 |
| 06/01/16 | | Transfer From: #*******7718 | Transfer to pay professional fees and expenses per Court order entered 5/31/16. | 9999-000 | ! 200,000.00 | | 285,149.85 |
| 06/01/16 | 1147 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE - THIS PAYMENT REPRESENTS 80.07% OF THE ALLOWED AMOUNT PER COURT ORDER ENTERED 5/31/16 | 2100-000 | | 73,109.78 | 212,040.07 |
| 06/01/16 | 1148 | JEFFREY I GOLDEN | TRUSTEE EXPENSES - PAID AT 100% OF THE ALLOWED AMOUNT PER COURT ORDER ENTERED 5/31/16 | 2200-000 | | 18,942.19 | 193,097.88 |
| 06/01/16 | 1149 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE FEE - THIS PAYMENT BRINGS THE TOTAL PAID TO THIS PROFESSIONAL @ 80.07% OF ALL THE ALLOWED AMOUNTS; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3110-000 | | 52,791.50 | 140,306.38 |
| 06/01/16 | 1150 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE EXPENSES - THIS PAYMENT PREPRESENTS THE REMAINING UNPAID EXPENSES ALLOWED. THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3120-000 | | 3,890.03 | 136,416.35 |
| 06/01/16 | 1151 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE FEE - THIS PAYMENT BRINGS THE TOTAL PAID TO THIS PROFESSIONAL @ 80.07% OF ALL THE ALLOWED AMOUNTS; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3210-600 | | 45,628.58 | 90,787.77 |
| 06/01/16 | 1152 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE EXPENSES - THIS PAYMENT PREPRESENTS THE REMAINING UNPAID EXPENSES ALLOWED. THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3220-610 | | 2,179.05 | 88,608.72 |
| 06/01/16 | 1153 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - THIS PAYMENT BRINGS THE TOTAL PAID TO THIS PROFESSIONAL @ 80.07% OF ALL THE ALLOWED AMOUNTS; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3731-420 | | 33,049.74 | 55,558.98 |
| 06/01/16 | 1154 | CROWE HORWATH LLP | TAX CONSULTANT FOR TRUSTEE FEE - THIS PAYMENT BRINGS THE TOTAL PAID TO THIS PROFESSIONAL @ 80.07% OF ALL THE ALLOWED AMOUNTS; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3410-000 | | 4,527.96 | 51,031.02 |

Page Subtotals:    $200,000.00    $230,993.52

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 16

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/01/16 | 1155 | GLASSRATNER ADVISORY & CAPITAL GROUP LLC | FINANCIAL ADVISOR AND FORENSIC ACCOUNTANTS TO THE TRUSTEE FEE - THIS PAYMENT BRINGS THE TOTAL PAID TO THIS PROFESSIONAL @ 80.07% OF ALL THE ALLOWED AMOUNTS; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3410-580 | | 25,563.57 | 25,467.45 |
| 06/01/16 | 1156 | GLASSRATNER ADVISORY & CAPITAL GROUP LLC | FINANCIAL ADVISOR & FORENSIC ACCOUNTANTS FOR TRUSTEE EXPENSES - PAID AT 100% OF THE ALLOWED AMOUNT PER COURT ORDER ENTERED 5/31/16 | 3420-590 | | 317.60 | 25,149.85 |
| 06/06/16 | 1157 | US STORAGE CENTERS - ORANGE | JUNE, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 252.50 | 24,897.35 |
| 06/06/16 | 1158 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MSD8233; 06/01/2016 - 06/30/2016 PER COURT ORDER ENTERED 3/3/15 | 2410-000 | | 1,342.58 | 23,554.77 |
| 06/30/16 | 1159 | US STORAGE CENTERS - ORANGE | JULY, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 23,302.27 |
| 06/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 131.68 | 23,170.59 |
| 07/21/16 | 1160 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MUK3084; 07/01/2016 - 07/31/2016 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,373.87 | 21,796.72 |
| 07/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 37.10 | 21,759.62 |
| 08/02/16 | 1161 | US STORAGE CENTERS - ORANGE | AUG, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 21,507.12 |
| 08/05/16 | 1162 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MWR7318; 08/01/2016 - 08/31/2016 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,384.60 | 20,122.52 |
| 08/16/16 | | Transfer From: #*******7718 | Transfer to pay Ashby & Geddes (Bunzel and Mow Settlements) | 9999-000 | ! 78,533.33 | | 98,655.85 |
| 08/16/16 | 1163 | ASHBY & GEDDES | SPECIAL COUNSEL FOR TRUSTEE - FEES PAID PER COURT ORDER ENTERED 10/14/14REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASE:DAVID BUNZEL | 3210-600 | | 22,733.33 | 75,922.52 |
| 08/16/16 | 1164 | ASHBY & GEDDES | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID PER COURT ORDER ENTERED 10/14/14REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASE:DR. AND MRS MOW | 3210-600 | | 55,800.00 | 20,122.52 |

Page Subtotals:     $78,533.33     $109,441.83

# Form 2

Exhibit 9

Page: 17

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/16 | 1165 | US STORAGE CENTERS - ORANGE | SEPT, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 19,870.02 |
| 08/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 65.81 | 19,804.21 |
| 09/07/16 | 1166 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. #MYW7509; 09/01/2016 - 09/30/2016 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,384.60 | 18,419.61 |
| 09/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 29.84 | 18,389.77 |
| 10/03/16 | 1167 | US STORAGE CENTERS - ORANGE | OCT, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 18,137.27 |
| 10/17/16 | 1168 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NBD3593; 10/01/2016 - 10/31/2016 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,405.00 | 16,732.27 |
| 10/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 28.80 | 16,703.47 |
| 11/01/16 | 1169 | US STORAGE CENTERS - ORANGE | NOV, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 16,450.97 |
| 11/09/16 | 1170 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NDH0568; 11/01/2016 - 11/30/2016 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 15,076.57 |
| 11/30/16 | 1171 | US STORAGE CENTERS - ORANGE | DEC, 2016 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 14,824.07 |
| 11/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 24.62 | 14,799.45 |
| 12/02/16 | 1172 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NFD1051; 12/01/2016 - 12/31/2016 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 13,425.05 |
| 12/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 22.29 | 13,402.76 |
| 01/04/17 | 1173 | US STORAGE CENTERS - ORANGE | JAN, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 13,150.26 |
| 01/10/17 | | Transfer From: #*******7718 | Transfer to replenish $25K retainer to Phillips ADR and to pay 1/2 of mediation fee $4,200. | 9999-000 | ! 29,200.00 | | 42,350.26 |
| 01/10/17 | 1174 | PHILLIPS ADR | ARBITRATION FEE - FUNDS TO REPLENISH RETAINER; GOLDEN V. O'MELVENY ET AL PAID PER COURT ORDER ENTERED 1/12/15 | 3721-000 | | 25,000.00 | 17,350.26 |

|  | Page Subtotals: | $29,200.00 | $31,972.26 |
|---|---|---|---|

# Form 2

Exhibit 9

Page: 18

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/17 | 1175 | JAMS, INC. | MEDIATION FEE (ESTATE PAYS 1/2 THE FEE) REFERENCE # ******9860 INVOICE #********2-220 GOLDEN VS. O'MELVENY & MEYERS LLP ET AL PAID PER COURT ORDER ENTERED 1/12/15 | 3721-000 | | 4,200.00 | 13,150.26 |
| 01/11/17 | | Transfer From: #*******7718 | Transfer all segregated funds into general account. | 9999-000 | ! 148,825.28 | | 161,975.54 |
| 01/11/17 | 1176 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID PER COURT ORDER ENTERED 10/14/14REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASE:DAVID BUNZEL (COMMISSION ON FOURTH SETTLEMENT PAYMENT) | 3210-600 | | 11,366.98 | 150,608.56 |
| 01/11/17 | 1177 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - EXPENSESPER EXPENSE STATEMENTS #8 | 3220-610 | | 3,263.74 | 147,344.82 |
| 01/12/17 | 1178 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE - REMAINING FEES OWED - $11,549.49; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 2100-000 | | 6,643.67 | 140,701.15 |
| 01/12/17 | 1179 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE FEE - REMAINING FEES OWED - $16,187.10; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3110-000 | | 9,311.40 | 131,389.75 |
| 01/12/17 | 1180 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE FEE - REMAINING FEES OWED - $116,773.90; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3210-600 | | 67,172.52 | 64,217.23 |
| 01/12/17 | 1181 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $66,772.98; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3731-420 | | 38,410.20 | 25,807.03 |
| 01/12/17 | 1182 | CROWE HORWATH LLP | TAX CONSULTANT FOR TRUSTEE FEE - REMAINING FEES OWED - $1,980.36; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3410-000 | | 1,139.18 | 24,667.85 |
| 01/12/17 | 1183 | GLASSRATNER ADVISORY & CAPITAL GROUP LLC | FINANCIAL ADVISOR & FORENSIC ACCOUNTANTS FOR TRUSTEE FEES - REMAINING FEES OWED - $4,038.40; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3410-580 | | 2,323.03 | 22,344.82 |
| 01/13/17 | 1184 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NJC2608; 01/01/2017 - 1/31/2017 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 20,970.42 |
| 01/23/17 | 1185 | INTERNATIONAL SURETIES LTD. | BOND #016030866 TERM 01/04/17 TO 01/04/18 | 2300-000 | | 63.66 | 20,906.76 |
| 01/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 138.85 | 20,767.91 |

**Page Subtotals:** $148,825.28    $145,407.63

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 19

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND | Bank Name: | INDEPENDENT BANK |
| | MANAGEMENT, I | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/03/17 | 1186 | US STORAGE CENTERS - ORANGE | FEB, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 252.50 | 20,515.41 |
| 02/06/17 | 1187 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NLL6777; 02/01/2017 - 02/28/2017 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 19,141.01 |
| 02/28/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 86.66 | 19,054.35 |
| 03/03/17 | 1188 | US STORAGE CENTERS - ORANGE | MAR, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 268.50 | 18,785.85 |
| 03/08/17 | 1189 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NNW7304; 03/01/2017 - 03/31/2017 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 17,411.45 |
| 03/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 68.83 | 17,342.62 |
| 04/03/17 | {24} | JEFFREY I. GOLDEN | DISTRIBUTION FROM ALETHEIA INSIDER INDEX II, LP PAID TO INVESTOR ALETHEIA RESEARCH AND MANAGEMENT, INC. | 1129-000 | 5,459.09 | | 22,801.71 |
| 04/03/17 | {23} | JEFFREY I. GOLDEN | DISTRIBUTION FROM ALETHEIA INSIDER INDEX I, LP PAID TO INVESTOR ALETHEIA RESEARCH AND MANAGEMENT, INC. | 1129-000 | 7,106.82 | | 29,908.53 |
| 04/05/17 | 1190 | US STORAGE CENTERS - ORANGE | APR, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 268.50 | 29,640.03 |
| 04/10/17 | 1191 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NSM7398; 04/01/2017 - 04/30/2017 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 28,265.63 |
| 04/13/17 | | Transfer From: #*******7718 | Transfer to pay Ashby & Geddes remaining contingency fee owed re Bunzel settlement | 9999-000 | ! 10,332.92 | | 38,598.55 |
| 04/13/17 | 1192 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID PER COURT ORDER ENTERED 10/14/14REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASE:DAVID BUNZEL (REMAINING COMMISSION OWED ON FINAL SETTLEMENT PAYMENT) | 3210-600 | | 10,332.92 | 28,265.63 |
| 04/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 51.15 | 28,214.48 |
| 05/03/17 | 1193 | US STORAGE CENTERS - ORANGE | MAY, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 268.50 | 27,945.98 |

Page Subtotals: $22,898.83  $15,720.76

# Form 2

Exhibit 9

Page: 20

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/17 | | Transfer From: #*******7718 | Transfer all funds remaining in Segregated Trust Account to Checking Account. These funds are now Estate funds. | 9999-000 | ! 59,665.08 | | 87,611.06 |
| 05/08/17 | 1194 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NUV8304; 05/01/2017 - 05/31/2017 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 86,236.66 |
| 05/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 117.44 | 86,119.22 |
| 06/05/17 | 1195 | US STORAGE CENTERS - ORANGE | JUNE, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 268.50 | 85,850.72 |
| 06/09/17 | 1196 | DAVID M. BUNZEL | LIEN REMOVAL EXPENSES PAID PER COURT ORDER ENTERED 3/16/17 | 2990-000 | | 660.50 | 85,190.22 |
| 06/09/17 | 1197 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NUV8304; 06/01/2017 - 06/30/2017 PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 1,374.40 | 83,815.82 |
| 06/21/17 | 1198 | US STORAGE CENTERS - ORANGE | JULY, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/1/16 | 2410-000 | | 268.50 | 83,547.32 |
| 06/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 122.02 | 83,425.30 |
| 07/07/17 | 1199 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. NZV6211; 07/01/2017 - 07/31/2017 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,442.22 | 81,983.08 |
| 07/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 122.68 | 81,860.40 |
| 08/01/17 | | Transfer From: #*******7718 | Transfer to pay Ashby & Geddes contingency fee owed re Clay Lacy Aviation Settlement | 9999-000 | ! 31,250.00 | | 113,110.40 |
| 08/01/17 | 1200 | ASHBY & GEDDES, P.A. | Issued in wrong amount 31% contingency fee for $125K settlement would be $38,750.00. Voided on 08/03/2017 | 3210-600 | | 31,250.00 | 81,860.40 |
| 08/02/17 | 1201 | US STORAGE CENTERS - ORANGE | AUGUST, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 81,591.90 |
| 08/03/17 | | Transfer From: #*******7718 | Transfer to pay contingency fee (additional $7,500 owed) and expenses totaling $2,578.27. | 9999-000 | ! 10,078.27 | | 91,670.17 |
| 08/03/17 | 1200 | ASHBY & GEDDES, P.A. | Issued in wrong amount 31% contingency fee for $125K settlement would be $38,750.00. Voided: check issued on 08/01/2017 | 3210-600 | | -31,250.00 | 122,920.17 |
| 08/03/17 | 1202 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - FEESPAID PER COURT ORDER ENTERED 10/14/14REPRESENTS 31% OF ANY RECOVERY RECEIVED PRIOR TO COMMENCEMENT OF TRIAL FOR THE FOLLOWING CASE:CLAY LACY AVIATION | 3210-600 | | 38,750.00 | 84,170.17 |

|  | Page Subtotals: | $100,993.35 | $44,769.16 |
|---|---|---|---|

# Form 2

Exhibit 9

Page: 21

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/17 | 1203 | ASHBY & GEDDES, P.A. | SPECIAL COUNSEL FOR TRUSTEE - EXPENSESPER EXPENSE STATEMENTS #9 | 3220-610 | | 2,578.27 | 81,591.90 |
| 08/07/17 | 1204 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PCD5110; 08/01/2017 - 08/31/2017 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,454.91 | 80,136.99 |
| 08/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 136.69 | 80,000.30 |
| 09/05/17 | 1205 | US STORAGE CENTERS - ORANGE | SEPT, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 79,731.80 |
| 09/11/17 | 1206 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PEP9948; 09/01/2017 - 09/30/2017 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,454.91 | 78,276.89 |
| 09/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 113.53 | 78,163.36 |
| 10/03/17 | 1207 | US STORAGE CENTERS - ORANGE | OCT, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 77,894.86 |
| 10/10/17 | 1208 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PHC5159; 10/01/2017 - 10/31/2017 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,446.03 | 76,448.83 |
| 10/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 115.21 | 76,333.62 |
| 11/06/17 | 1209 | US STORAGE CENTERS - ORANGE | NOV, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 76,065.12 |
| 11/06/17 | 1210 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PKR0580; 11/01/2017 - 11/30/2017 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 74,620.95 |
| 11/16/17 | 1211 | PHILLIPS ADR | ARBITRATION FEE - GOLDEN V. O'MELVENY ET AL PAID PER COURT ORDER ENTERED 1/12/15; CAP IS $100,000 FOR EXPENSES; INVOICE #14425 NOT PAID IN FULL | 3721-000 | | 32,025.00 | 42,595.95 |
| 11/28/17 | 1212 | US STORAGE CENTERS - ORANGE | DEC, 2017 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 42,327.45 |
| 11/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 103.65 | 42,223.80 |
| 12/11/17 | 1213 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PNB9568; 12/01/2017 - 12/31/2017 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 40,779.63 |

Page Subtotals:    $0.00    $43,390.54

# Form 2

Exhibit 9

Page: 22

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/17 | {24} | JEFFREY I. GOLDEN, TRUSTEE FOR THE | FUNDS FROM ALETHEIA INSIDER INDEX II, LP REPRESENTING COSTS/EXPENSES INCURRED ON BEHALF OF THE FUNDS | 1129-000 | 39,314.00 | | 80,093.63 |
| 12/21/17 | {23} | JEFFREY I. GOLDEN, TRUSTEE FOR THE | FUNDS FROM ALETHEIA INSIDER INDEX I, LP REPRESENTING COSTS/EXPENSES INCURRED ON BEHALF OF THE FUNDS | 1129-000 | 34,048.00 | | 114,141.63 |
| 12/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 97.17 | 114,044.46 |
| 01/04/18 | | Transfer From: #*******7718 | Transfer of funds into checking account. | 9999-000 | ! 195,892.29 | | 309,936.75 |
| 01/04/18 | 1214 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE FEE - REMAINING FEES OWED - $7,140.45; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3110-000 | | 9,046.65 | 300,890.10 |
| 01/04/18 | 1215 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE - REMAINING FEES OWED - $5,094.70; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 2100-000 | | 6,454.79 | 294,435.31 |
| 01/04/18 | 1216 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE FEE - REMAINING FEES OWED - $51,511.25; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3210-600 | | 65,262.65 | 229,172.66 |
| 01/04/18 | 1217 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $29,454.87; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 Stopped on 05/17/2018 | 3731-420 | | 37,318.11 | 191,854.55 |
| 01/04/18 | 1218 | CROWE HORWATH LLP | TAX CONSULTANT FOR TRUSTEE FEE - REMAINING FEES OWED - $873.58; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3410-000 | | 1,106.78 | 190,747.77 |
| 01/04/18 | 1219 | GLASSRATNER ADVISORY & CAPITAL GROUP LLC | FINANCIAL ADVISOR & FORENSIC ACCOUNTANTS FOR TRUSTEE FEES- REMAINING FEES OWED - $1,781.42; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 | 3410-580 | | 2,256.98 | 188,490.79 |
| 01/04/18 | 1220 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE FEE - REMAINING FEES OWED - $26,015.03; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 1/3/2018 | 3110-000 | | 32,959.97 | 155,530.82 |
| 01/04/18 | 1221 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE EXPENSES - PAID PER COURT ORDER ENTERED 1/3/18 | 3120-000 | | 285.40 | 155,245.42 |
| 01/04/18 | 1222 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE FEE - REMAINING FEES OWED - $42,349.91; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 1/3/18 | 3210-600 | | 53,655.59 | 101,589.83 |
| 01/04/18 | 1223 | BAKER & HOSTETLER, LLP | SPECIAL COUNSEL FOR TRUSTEE EXPENSES - PAID PER COURT ORDER ENTERED 1/3/18 | 3220-610 | | 1,589.83 | 100,000.00 |

Page Subtotals: $269,254.29    $210,033.92

# Form 2

Exhibit 9

Page: 23

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/05/18 | 1224 | US STORAGE CENTERS - ORANGE | JAN, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 99,731.50 |
| 01/16/18 | 1225 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PRP6739; 01/01/2018 - 1/31/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 98,287.33 |
| 01/22/18 | 1226 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | 98.13 | 98,189.20 |
| 01/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 258.12 | 97,931.08 |
| 02/08/18 | 1227 | US STORAGE CENTERS - ORANGE | FEB, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 268.50 | 97,662.58 |
| 02/08/18 | 1228 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PUD1257; 02/01/2018 - 02/28/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 96,218.41 |
| 02/28/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 180.08 | 96,038.33 |
| 03/05/18 | 1229 | US STORAGE CENTERS - ORANGE | MAR, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 95,753.83 |
| 03/06/18 | 1230 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PUD1257; 03/01/2018 - 03/31/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 94,309.66 |
| 03/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 196.44 | 94,113.22 |
| 04/04/18 | 1231 | US STORAGE CENTERS - ORANGE | APR, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 93,828.72 |
| 04/10/18 | 1232 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. PUD1257; 04/01/2018 - 04/30/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,465.65 | 92,363.07 |
| 04/30/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 187.89 | 92,175.18 |
| 05/03/18 | 1233 | US STORAGE CENTERS - ORANGE | MAY, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 91,890.68 |
| 05/07/18 | 1234 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AAUL618; 05/01/2018 - 05/31/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 90,446.51 |

|  |  | Page Subtotals: | $0.00 | $9,553.49 |
|---|---|---|---|---|

# Form 2

Exhibit 9

Page: 24

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/17/18 | 1217 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $29,454.87; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16 Stopped: check issued on 01/04/2018 | 3731-420 | | -37,318.11 | 127,764.62 |
| 05/17/18 | 1235 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $29,454.87; PAID PER CT ORDER ENT. 5/31/16 Voided on 08/30/2018 | 3731-420 | | 37,318.11 | 90,446.51 |
| 05/31/18 | 1236 | US STORAGE CENTERS - ORANGE | JUNE, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 90,162.01 |
| 05/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 190.63 | 89,971.38 |
| 06/11/18 | 1237 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. ABWS293; 06/01/2018 - 06/30/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,444.17 | 88,527.21 |
| 06/30/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 181.98 | 88,345.23 |
| 07/06/18 | 1238 | US STORAGE CENTERS - ORANGE | JULY, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 88,060.73 |
| 07/09/18 | 1239 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. ABWS293; 07/01/2018 - 07/31/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,509.39 | 86,551.34 |
| 07/24/18 | 1240 | US STORAGE CENTERS - ORANGE | AUGUST, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 86,266.84 |
| 07/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 184.93 | 86,081.91 |
| 08/05/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 29.57 | 86,052.34 |
| 08/06/18 | | Independent Bank | Bank Service Fee | 2600-000 | | -29.57 | 86,081.91 |
| 08/10/18 | 1241 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AEBB975; 08/01/2018 - 08/31/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,511.49 | 84,570.42 |
| 08/30/18 | 1235 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $29,454.87; PAID PER CT ORDER ENT. 5/31/16 Voided: check issued on 05/17/2018 | 3731-420 | | -37,318.11 | 121,888.53 |
| 08/30/18 | 1242 | US STORAGE CENTERS - ORANGE | SEPTEMBER, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 284.50 | 121,604.03 |

| | | |
|---|---|---|
| **Page Subtotals:** | $0.00 | -$31,157.52 |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 25

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/18 | 1243 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $29,454.87; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16; STALE DATED Voided on 04/22/2019 | 3731-420 | | 37,318.11 | 84,285.92 |
| 08/31/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 2,133.04 | 82,152.88 |
| 09/05/18 | | Independent Bank | Bank Service Fee | 2600-000 | | -2,133.04 | 84,285.92 |
| 09/06/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 181.16 | 84,104.76 |
| 09/10/18 | 1244 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AFDF475; 09/01/2018 - 09/30/2018 PER COURT ORDER ENTERED 9/11/17 | 2410-000 | | 1,511.49 | 82,593.27 |
| 09/24/18 | 1245 | US STORAGE CENTERS - ORANGE | OCTOBER, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 284.50 | 82,308.77 |
| 11/05/18 | 1246 | US STORAGE CENTERS - ORANGE | NOVEMBER, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 284.50 | 82,024.27 |
| 11/05/18 | 1247 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AHHW188; 11/01/2018 - 11/30/2018 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,511.49 | 80,512.78 |
| 12/03/18 | 1248 | US STORAGE CENTERS - ORANGE | DECEMBER, 2018 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 284.50 | 80,228.28 |
| 12/03/18 | 1249 | US STORAGE CENTERS - ORANGE | ISSUED IN ERROR Voided on 12/03/2018 | 2410-000 | | 219.50 | 80,008.78 |
| 12/03/18 | 1249 | US STORAGE CENTERS - ORANGE | ISSUED IN ERROR Voided: check issued on 12/03/2018 | 2410-000 | | -219.50 | 80,228.28 |
| 12/11/18 | 1250 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AJKN856; 12/01/2018 - 12/31/2018 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,541.96 | 78,686.32 |
| 01/03/19 | 1251 | US STORAGE CENTERS - ORANGE | JANUARY, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 284.50 | 78,401.82 |
| 01/07/19 | 1252 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AKND834; 1/01/2019 - 1/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,553.54 | 76,848.28 |
| 01/31/19 | 1253 | INTERNATIONAL SURETIES LTD. | Bond #016030866 Term 1/4/2019 to 1/4/2020 | 2300-000 | | 110.08 | 76,738.20 |

|  | | |
|---|---|---|
| **Page Subtotals:** | $0.00 | $44,865.83 |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 26

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/19 | 1254 | US STORAGE CENTERS - ORANGE | FEBRUARY, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 284.50 | 76,453.70 |
| 02/11/19 | 1255 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. ALRL696; 2/01/2019 - 2/28/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,565.12 | 74,888.58 |
| 03/05/19 | 1256 | US STORAGE CENTERS - ORANGE | MARCH, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 74,588.08 |
| 03/11/19 | 1257 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AGFG139; 10/01/2018 - 10/31/2018 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,511.49 | 73,076.59 |
| 03/11/19 | 1258 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. AMTV754; 3/01/2019 - 3/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,599.86 | 71,476.73 |
| 04/02/19 | 1259 | US STORAGE CENTERS - ORANGE | APRIL, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 71,176.23 |
| 04/08/19 | 1260 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. ANVR057; 4/01/2019 - 4/30/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,511.49 | 69,664.74 |
| 04/22/19 | 1243 | ERNST & YOUNG | ADVISORY SERVICES PROVIDER FOR THE TRUSTEE FEE - REMAINING FEES OWED - $29,454.87; THIS PAYMENT IS MADE PER COURT ORDER ENTERED 5/31/16; STALE DATED Voided: check issued on 08/30/2018 | 3731-420 | | -37,318.11 | 106,982.85 |
| 04/22/19 | 1261 | US STORAGE CENTERS - ORANGE | MAY, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 106,682.35 |
| 05/09/19 | 1262 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. APXN222; 5/01/2019 - 5/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,523.04 | 105,159.31 |
| 06/03/19 | 1263 | US STORAGE CENTERS - ORANGE | JUNE, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 104,858.81 |

Page Subtotals:        $0.00        -$28,120.61

# Form 2

Exhibit 9

Page: 27

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND | Bank Name: | INDEPENDENT BANK |
| | MANAGEMENT, I | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/19 | 1264 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. BSMR163; 6/01/2019 - 6/30/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,523.07 | 103,335.74 |
| 06/28/19 | 1265 | US STORAGE CENTERS - ORANGE | JULY, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 103,035.24 |
| 07/08/19 | 1266 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. BVCT095; 7/01/2019 - 7/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,686.28 | 101,348.96 |
| 08/02/19 | 1267 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. BWSS626; 8/01/2019 - 8/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,701.53 | 99,647.43 |
| 08/06/19 | 1268 | US STORAGE CENTERS - ORANGE | AUGUST, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 99,346.93 |
| 09/05/19 | 1269 | US STORAGE CENTERS - ORANGE | SEPTEMBER, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 300.50 | 99,046.43 |
| 09/10/19 | 1270 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. BYHT195; 9/01/2019 - 9/30/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,701.53 | 97,344.90 |
| 10/03/19 | 1271 | US STORAGE CENTERS - ORANGE | OCTOBER, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 288.50 | 97,056.40 |
| 10/07/19 | 1272 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. BZXB274; 10/01/2019 - 10/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,714.16 | 95,342.24 |
| 11/04/19 | 1273 | US STORAGE CENTERS - ORANGE | NOVEMBER, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 288.50 | 95,053.74 |
| 12/02/19 | 1274 | US STORAGE CENTERS - ORANGE | DECEMBER, 2019 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 288.50 | 94,765.24 |
| 01/03/20 | 1275 | US STORAGE CENTERS - ORANGE | JANUARY, 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 288.50 | 94,476.74 |

| | | | Page Subtotals: | | $0.00 | $10,382.07 | |

# Form 2

Exhibit 9

Page: 28

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/03/20 | 1276 | US STORAGE CENTERS - ORANGE | FEBRUARY, 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 288.50 | 94,188.24 |
| 03/02/20 | 1277 | US STORAGE CENTERS - ORANGE | MARCH, 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 93,894.74 |
| 03/18/20 | 1278 | INTERNATIONAL SURETIES LTD. | Bond #016030866 Term 1/4/2020 to 1/4/2021 | 2300-000 | | 161.66 | 93,733.08 |
| 03/31/20 | 1279 | US STORAGE CENTERS - ORANGE | APRIL, 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 93,439.58 |
| 04/30/20 | 1280 | US STORAGE CENTERS - ORANGE | MAY 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 93,146.08 |
| 06/03/20 | 1281 | US STORAGE CENTERS - ORANGE | JUNE 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 92,852.58 |
| 07/06/20 | 1282 | US STORAGE CENTERS - ORANGE | JULY 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 92,559.08 |
| 07/27/20 | 1283 | US STORAGE CENTERS - ORANGE | AUGUST 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 92,265.58 |
| 08/31/20 | | Independent Bank | Account Analysis Charge | 2600-000 | | 285.01 | 91,980.57 |
| 09/01/20 | 1284 | US STORAGE CENTERS - ORANGE | SEPTEMBER 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 91,687.07 |
| 09/30/20 | | Independent Bank | Account Analysis Charge | 2600-000 | | 284.26 | 91,402.81 |
| 10/01/20 | 1285 | US STORAGE CENTERS - ORANGE | OCTOBER 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 91,109.31 |
| 10/30/20 | | Independent Bank | Account Analysis Charge | 2600-000 | | 283.47 | 90,825.84 |
| 11/02/20 | 1286 | INTERNATIONAL SURETIES LTD. | BOND #016030866 (EFFECTIVE 10/1/20 | 2300-000 | | 1.94 | 90,823.90 |

|  |  | Page Subtotals: | $0.00 | $3,652.84 |
|---|---|---|---|---|

## Form 2

Exhibit 9

Page: 29

### Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/04/20 | 1287 | US STORAGE CENTERS - ORANGE | NOVEMBER 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 90,530.40 |
| 11/30/20 | 1288 | US STORAGE CENTERS - ORANGE | DECEMBER 2020 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 90,236.90 |
| 11/30/20 | | Independent Bank | Account Analysis Charge | 2600-000 | | 282.57 | 89,954.33 |
| 12/31/20 | | Independent Bank | Account Analysis Charge | 2600-000 | | 281.71 | 89,672.62 |
| 01/15/21 | 1289 | US STORAGE CENTERS - ORANGE | JANUARY 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 89,379.12 |
| 01/21/21 | 1290 | INTERNATIONAL SURETIES LTD. | Bond #016229732 | 2300-000 | | 102.39 | 89,276.73 |
| 01/29/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 266.54 | 89,010.19 |
| 02/02/21 | 1291 | US STORAGE CENTERS - ORANGE | FEBRUARY 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 88,716.69 |
| 02/23/21 | 1292 | INDEPENDENT MANAGEMENT SERVICES | REIMBURSEMENT TO IMS FOR JANUARY, 2021 LATE FEES PAID TO US STORAGE FOR UNIT #A034; PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 59.03 | 88,657.66 |
| 02/26/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 250.76 | 88,406.90 |
| 03/01/21 | 1293 | US STORAGE CENTERS - ORANGE | MARCH 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 88,113.40 |
| 03/31/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 249.92 | 87,863.48 |
| 04/01/21 | 1294 | US STORAGE CENTERS - ORANGE | APRIL 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 87,569.98 |
| 04/30/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 249.40 | 87,320.58 |
| 05/13/21 | 1295 | US STORAGE CENTERS - ORANGE | MAY, 2021 STORAGE FEE; UNIT #A034; INCLUDES LATE FEE OF $44 (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 337.50 | 86,983.08 |
| 05/25/21 | 1296 | US STORAGE CENTERS - ORANGE | JUNE, 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 86,689.58 |
| 05/28/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 248.40 | 86,441.18 |

|  |  |  | Page Subtotals: | | $0.00 | $4,382.72 | |

# Form 2

Exhibit 9

Page: 30

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND | Bank Name: | INDEPENDENT BANK |
| | MANAGEMENT, I | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/21 | 1297 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. CCMW878; 11/01/2019 - 11/30/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,701.53 | 84,739.65 |
| 06/18/21 | 1298 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. CGBK198; 12/01/2019 - 12/31/2019 PER COURT ORDER ENTERED 4/10/19 | 2410-000 | | 1,726.79 | 83,012.86 |
| 06/18/21 | 1299 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4877; 01/01/2020 - 01/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,701.53 | 81,311.33 |
| 06/18/21 | 1300 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4874; 02/01/2020 - 02/29/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,701.53 | 79,609.80 |
| 06/18/21 | 1301 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4872; 03/01/2020 - 03/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,701.53 | 77,908.27 |
| 06/18/21 | 1302 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4869; 04/01/2020 - 04/30/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,701.53 | 76,206.74 |
| 06/18/21 | 1303 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4866; 05/01/2020 - 05/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,701.53 | 74,505.21 |
| 06/18/21 | 1304 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4863; 06/01/2020 - 06/30/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,701.53 | 72,803.68 |
| 06/21/21 | 1305 | US STORAGE CENTERS - ORANGE | JULY, 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 1/15/2021 | 2410-000 | | 293.50 | 72,510.18 |
| 06/30/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 243.89 | 72,266.29 |
| 07/15/21 | 1306 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4861; 07/01/2020 - 07/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 70,516.29 |
| 07/15/21 | 1307 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4858; 08/01/2020 - 08/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 68,766.29 |
| 07/15/21 | 1308 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4855; 09/01/2020 - 9/30/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 67,016.29 |

Page Subtotals:    $0.00    $19,424.89

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 31

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/21 | 1309 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4853; 10/01/2020 - 10/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 65,266.29 |
| 07/15/21 | 1310 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4846; 11/01/2020 - 11/30/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 63,516.29 |
| 07/15/21 | 1311 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4840; 12/01/2020 - 12/31/2020 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 61,766.29 |
| 07/15/21 | 1312 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4835; 01/01/2021 - 01/31/2021 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 60,016.29 |
| 07/15/21 | 1313 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4831; 02/01/2021 - 02/28/2021 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 58,266.29 |
| 07/15/21 | 1314 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4827; 03/01/2021 - 03/31/2021 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 56,516.29 |
| 07/15/21 | 1315 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4821; 04/01/2021 - 04/30/2021 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 54,766.29 |
| 07/15/21 | 1316 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4817; 05/01/2021 - 05/31/2021 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 53,016.29 |
| 07/15/21 | 1317 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. 9JK4815; 06/01/2021 - 06/30/2021 PER COURT ORDER ENTERED 1/15/21 | 2410-000 | | 1,750.00 | 51,266.29 |
| 07/30/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 219.26 | 51,047.03 |
| 08/03/21 | 1318 | US STORAGE CENTERS - ORANGE | AUG, 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 50,748.53 |
| 08/03/21 | 1319 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. DSYG476; 07/01/2021 - 07/31/2021 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,179.47 | 48,569.06 |
| 08/12/21 | 1320 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. DVVT089; 08/01/2021 - 08/31/2021 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,193.88 | 46,375.18 |

Page Subtotals:    $0.00    $20,641.11

# Form 2

Exhibit 9

Page: 32

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 CHECKING ACCOUNT - CH.7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/21 | 1321 | US STORAGE CENTERS - ORANGE | SEPT, 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016) PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 46,076.68 |
| 08/31/21 | 1322 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. DXJT3599; 09/01/2021 - 09/30/2021 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,189.56 | 43,887.12 |
| 08/31/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 191.75 | 43,695.37 |
| 09/28/21 | 1323 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. DYVX965; 10/01/2021 - 10/31/2021 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,189.56 | 41,505.81 |
| 09/29/21 | 1324 | US STORAGE CENTERS - ORANGE | OCT, 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 41,207.31 |
| 09/30/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 185.51 | 41,021.80 |
| 10/29/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 181.49 | 40,840.31 |
| 11/02/21 | {24} | JEFFREY I. GOLDEN | FINAL DISTRIBUTION FROM ALETHEIA INSIDER INDEX II, LP PAID TO INVESTOR ALETHEIA RESEARCH AND MANAGEMENT, INC. | 1129-000 | 1,252.90 | | 42,093.21 |
| 11/02/21 | {23} | JEFFREY I GOLDEN | FINAL DISTRIBUTION FROM ALETHEIA INSIDER INDEX I, LP PAID TO INVESTOR ALETHEIA RESEARCH AND MANAGEMENT, INC. | 1129-000 | 374.47 | | 42,467.68 |
| 11/02/21 | 1325 | US STORAGE CENTERS - ORANGE | NOV, 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 42,169.18 |
| 11/03/21 | 1326 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GBKP301; 11/01/2021 - 11/30/2021 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,206.31 | 39,962.87 |
| 11/19/21 | {24} | JEFFREY I. GOLDEN | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; TO BE PAID OVER TO WEILAND GOLDEN GOODRICH FROM ALETHEIA INSIDER INDEX II (SOME ALLOWED FEES REMOVED - $411.38 DUE TO BANK FEES THAT WERE NOT FACTORED INTO FINAL DISTRIBUTION BALANCE) | 1129-000 | 5,760.12 | | 45,722.99 |
| 11/19/21 | {24} | JEFFREY I. GOLDEN | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; TO BE PAID OVER TO BAKER HOSTETLER LLP FROM ALETHEIA INSIDER INDEX II (SOME ALLOWED FEES REMOVED - $1,400.00 DUE TO BANK FEES THAT WERE NOT FACTORED INTO FINAL DISTRIBUTION BALANCE) | 1129-000 | 20,051.25 | | 65,774.24 |
| | | | **Page Subtotals:** | | **$27,438.74** | **$8,039.68** | |

## Form 2

Exhibit 9

Page: 33

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/19/21 | {23} | JEFFREY I. GOLDEN | SUPPLEMENT FINAL DISTRIBUTION FROM ALETHEIA INSIDER INDEX I, LP PAID TO INVESTOR ALETHEIA RESEARCH AND MANAGEMENT, INC. | 1129-000 | 7.06 | | 65,781.30 |
| 11/19/21 | {23} | JEFFREY I. GOLDEN | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; TO BE PAID OVER TO WEILAND GOLDEN GOODRICH LLP FROM ALETHEIA INSIDER INDEX I | 1129-000 | 6,171.50 | | 71,952.80 |
| 11/19/21 | {23} | JEFFREY I. GOLDEN | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; TO BE PAID OVER TO BAKER AND HOSTETLER LLP FROM ALETHEIA INSIDER INDEX I | 1129-000 | 21,451.25 | | 93,404.05 |
| 11/30/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 201.77 | 93,202.28 |
| 12/01/21 | 1327 | US STORAGE CENTERS - ORANGE | DEC. 2021 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 92,903.78 |
| 12/01/21 | 1328 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GCVJ998; 12/01/2021 - 12/31/2021 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,189.56 | 90,714.22 |
| 12/17/21 | 1329 | BAKER & HOSTETLER, LLP | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; PAID OVER TO BAKER AND HOSTETLER LLP FROM ALETHEIA INSIDER INDEX I Stopped on 12/28/2021 | 3210-600 | | 21,451.25 | 69,262.97 |
| 12/17/21 | 1330 | BAKER & HOSTETLER, LLP | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; PAID OVER TO BAKER HOSTETLER LLP FROM ALETHEIA INSIDER INDEX II (SOME ALLOWED FEES REMOVED - $1,400.00 DUE TO BANK FEES THAT WERE NOT FACTORED INTO FINAL DISTRIBUTION BALANCE) Stopped on 12/28/2021 | 3210-600 | | 20,051.25 | 49,211.72 |
| 12/28/21 | 1329 | BAKER & HOSTETLER, LLP | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; PAID OVER TO BAKER AND HOSTETLER LLP FROM ALETHEIA INSIDER INDEX I Stopped: check issued on 12/17/2021 | 3210-600 | | -21,451.25 | 70,662.97 |
| 12/28/21 | 1330 | BAKER & HOSTETLER, LLP | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; PAID OVER TO BAKER HOSTETLER LLP FROM ALETHEIA INSIDER INDEX II (SOME ALLOWED FEES REMOVED - $1,400.00 DUE TO BANK FEES THAT WERE NOT FACTORED INTO FINAL DISTRIBUTION BALANCE) Stopped: check issued on 12/17/2021 | 3210-600 | | -20,051.25 | 90,714.22 |

Page Subtotals:    $27,629.81    $2,689.83

## Form 2

Exhibit 9

### Cash Receipts And Disbursements Record

Page: 34

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 CHECKING ACCOUNT - CH.7 |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/28/21 | 1331 | BAKER & HOSTETLER, LLP | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; PAID OVER TO BAKER AND HOSTETLER LLP FROM ALETHEIA INSIDER INDEX I | 3210-600 | | 21,451.25 | 69,262.97 |
| 12/28/21 | 1332 | BAKER & HOSTETLER, LLP | LEGAL FEES ALLOWED PER COURT ORDER ENTERED 10/7/21; PAID OVER TO BAKER HOSTETLER LLP FROM ALETHEIA INSIDER INDEX II (SOME ALLOWED FEES REMOVED - $1,400.00 DUE TO BANK FEES THAT WERE NOT FACTORED INTO FINAL DISTRIBUTION BALANCE) | 3210-600 | | 20,051.25 | 49,211.72 |
| 12/28/21 | 1333 | US STORAGE CENTERS - ORANGE | JAN. 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 48,913.22 |
| 12/28/21 | 1334 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GGKD934; 01/01/2022 - 01/31/2022 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,190.86 | 46,722.36 |
| 12/31/21 | | Independent Bank | Account Analysis Charge | 2600-000 | | 254.17 | 46,468.19 |
| 01/10/22 | 1335 | INTERNATIONAL SURETIES LTD. | BOND #016229732 | 2300-000 | | 147.79 | 46,320.40 |
| 01/31/22 | | Independent Bank | Account Analysis Charge | 2600-000 | | 188.97 | 46,131.43 |
| 02/01/22 | 1336 | US STORAGE CENTERS - ORANGE | FEB. 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 45,832.93 |
| 02/01/22 | 1337 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GHJD087; 02/01/2022 - 02/28/2022 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,223.61 | 43,609.32 |
| 02/11/22 | | Independent Bank | Transfer Funds | 9999-000 | | 43,609.32 | 0.00 |

| | | COLUMN TOTALS | | | 2,978,546.93 | 2,978,546.93 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 1,139,024.21 | 142,129.32 | |
| | | Subtotal | | | 1,839,522.72 | 2,836,417.61 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $1,839,522.72 | $2,836,417.61 | |

## Form 2

Exhibit 9

Page: 35

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 SECURITIES SEGREGATED ACC |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/13 | {19} | CALIFORNIA BANK AND TRUST | ALETHEIA SECURITIES, INC. FUNDS FROM CLOSED OUT BANK ACCOUNT ACCT. #*****5301 | 1129-000 | 118,001.00 | | 118,001.00 |
| 07/19/13 | 2001 | GERY SADZEWICZ CONSULTING LLC | CONSULTING FEE PER COURT ORDER ENTERED 6/12/13 | 3731-000 | | 5,000.00 | 113,001.00 |
| 07/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 135.07 | 112,865.93 |
| 08/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 182.05 | 112,683.88 |
| 09/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 175.89 | 112,507.99 |
| 10/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 181.47 | 112,326.52 |
| 11/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 175.33 | 112,151.19 |
| 12/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 180.89 | 111,970.30 |
| 01/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 180.60 | 111,789.70 |
| 02/28/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 162.86 | 111,626.84 |
| 03/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 180.05 | 111,446.79 |
| 04/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 173.95 | 111,272.84 |
| 05/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 179.47 | 111,093.37 |
| 06/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 173.40 | 110,919.97 |
| 07/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 178.90 | 110,741.07 |
| 08/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 178.62 | 110,562.45 |
| 09/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 172.57 | 110,389.88 |
| 10/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 178.05 | 110,211.83 |
| 11/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 172.03 | 110,039.80 |
| 12/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 177.48 | 109,862.32 |
| 01/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 177.20 | 109,685.12 |
| 02/28/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 159.79 | 109,525.33 |
| 03/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 176.66 | 109,348.67 |
| 04/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 170.68 | 109,177.99 |
| 05/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 176.09 | 109,001.90 |
| 06/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 170.14 | 108,831.76 |
| 07/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 175.54 | 108,656.22 |
| 08/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 175.25 | 108,480.97 |
| 09/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 169.32 | 108,311.65 |
| 10/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 174.70 | 108,136.95 |
| 11/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 168.79 | 107,968.16 |
| 12/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 174.14 | 107,794.02 |
| 01/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 173.86 | 107,620.16 |
| 02/29/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 162.39 | 107,457.77 |
| 03/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 173.32 | 107,284.45 |
| 04/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 167.46 | 107,116.99 |
| 05/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 172.77 | 106,944.22 |
| 06/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 166.93 | 106,777.29 |
| 07/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 172.22 | 106,605.07 |

Page Subtotals:    $118,001.00    $11,395.93

## Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 36

| | | |
|---|---|---|
| Case No.: | 2:12-47718- BR | |
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| Taxpayer ID #: | **-***7814 | |
| For Period Ending: | 07/22/2025 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Bank Name: | INDEPENDENT BANK |
| Account #: | *******7718 SECURITIES SEGREGATED ACC |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 171.94 | 106,433.13 |
| 09/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 166.14 | 106,266.99 |
| 10/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 171.40 | 106,095.59 |
| 11/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 165.61 | 105,929.98 |
| 12/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 170.85 | 105,759.13 |
| 01/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 170.58 | 105,588.55 |
| 02/28/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 153.82 | 105,434.73 |
| 03/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 170.05 | 105,264.68 |
| 04/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 164.31 | 105,100.37 |
| 05/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 156.13 | 104,944.24 |
| 06/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 150.87 | 104,793.37 |
| 07/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 155.67 | 104,637.70 |
| 08/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 155.45 | 104,482.25 |
| 09/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 150.21 | 104,332.04 |
| 10/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 154.99 | 104,177.05 |
| 11/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 149.77 | 104,027.28 |
| 12/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 154.54 | 103,872.74 |
| 01/04/18 | 2002 | JEFFREY I. GOLDEN, TRUSTEE | Check issued from wrong account Voided on 01/04/2018 | 2100-000 | | 6,454.79 | 97,417.95 |
| 01/04/18 | 2002 | JEFFREY I. GOLDEN, TRUSTEE | Check issued from wrong account Voided: check issued on 01/04/2018 | 2100-000 | | -6,454.79 | 103,872.74 |
| 01/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 154.31 | 103,718.43 |
| 02/28/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 139.16 | 103,579.27 |
| 03/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 153.87 | 103,425.40 |
| 04/30/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 148.69 | 103,276.71 |
| 05/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 153.42 | 103,123.29 |
| 06/30/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 148.25 | 102,975.04 |
| 07/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 152.98 | 102,822.06 |
| 08/05/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 24.63 | 102,797.43 |
| 08/06/18 | | Independent Bank | Bank Service Fee | 2600-000 | | -24.63 | 102,822.06 |
| 08/31/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 1,799.38 | 101,022.68 |
| 09/05/18 | | Independent Bank | Bank Service Fee | 2600-000 | | -1,799.38 | 102,822.06 |
| 09/06/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 152.82 | 102,669.24 |
| 01/07/21 | 2003 | DIANA SIGALOS | SETTLEMENT RELATED TO ARBITRATION AGAINST ALETHEIA SECURITIES; PAID PER COURT ORDER ENTERED 10/30/20 | 8500-000 | | 20,000.00 | 82,669.24 |
| 02/11/22 | | Independent Bank | Transfer Funds | 9999-000 | | 82,669.24 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 118,001.00 | 118,001.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 82,669.24 | |
| Subtotal | | 118,001.00 | 35,331.76 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $118,001.00 | $35,331.76 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 37

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 BATEMAN EICHLER SEGREGATE |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/13 | {26} | CALIFORNIA BANK & TRUST | BATEMAN EICHLER & CO. LLC FUNDS FROM CLOSED OUT BANK ACCOUNT ACCT. #*****8671 | 1121-000 | 537.49 | | 537.49 |
| 07/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.61 | 536.88 |
| 08/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.86 | 536.02 |
| 09/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.83 | 535.19 |
| 10/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.86 | 534.33 |
| 11/30/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.83 | 533.50 |
| 12/31/13 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.86 | 532.64 |
| 01/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.85 | 531.79 |
| 02/28/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.77 | 531.02 |
| 03/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.85 | 530.17 |
| 04/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.82 | 529.35 |
| 05/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.85 | 528.50 |
| 06/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.82 | 527.68 |
| 07/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.85 | 526.83 |
| 08/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.84 | 525.99 |
| 09/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 525.18 |
| 10/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.84 | 524.34 |
| 11/30/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 523.53 |
| 12/31/14 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.84 | 522.69 |
| 01/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.84 | 521.85 |
| 02/28/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.75 | 521.10 |
| 03/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.84 | 520.26 |
| 04/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 519.45 |
| 05/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.83 | 518.62 |
| 06/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.80 | 517.82 |
| 07/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.83 | 516.99 |
| 08/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.83 | 516.16 |
| 09/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.80 | 515.36 |
| 10/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.83 | 514.53 |
| 11/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.80 | 513.73 |
| 12/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.82 | 512.91 |
| 01/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.82 | 512.09 |
| 02/29/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.77 | 511.32 |
| 03/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.82 | 510.50 |
| 04/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.79 | 509.71 |
| 05/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.82 | 508.89 |
| 06/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.79 | 508.10 |
| 07/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 507.29 |
| 08/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 506.48 |
| 09/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.79 | 505.69 |

Page Subtotals:    $537.49    $31.80

# Form 2

Exhibit 9

Page: 38

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | INDEPENDENT BANK |
| | | Account #: | *******7718 BATEMAN EICHLER SEGREGATE |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 504.88 |
| 11/30/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.78 | 504.10 |
| 12/31/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 503.29 |
| 01/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.81 | 502.48 |
| 02/28/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.73 | 501.75 |
| 03/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.80 | 500.95 |
| 04/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.78 | 500.17 |
| 05/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.74 | 499.43 |
| 06/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.71 | 498.72 |
| 07/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.74 | 497.98 |
| 08/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.73 | 497.25 |
| 09/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.71 | 496.54 |
| 10/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.73 | 495.81 |
| 11/30/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.71 | 495.10 |
| 12/31/17 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.73 | 494.37 |
| 01/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.73 | 493.64 |
| 02/28/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.66 | 492.98 |
| 03/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.73 | 492.25 |
| 04/30/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.70 | 491.55 |
| 05/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.72 | 490.83 |
| 06/30/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.70 | 490.13 |
| 07/31/18 | | Integrity Bank | Bank Service Fee | 2600-000 | | 0.72 | 489.41 |
| 08/05/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 0.11 | 489.30 |
| 08/06/18 | | Independent Bank | Bank Service Fee | 2600-000 | | -0.11 | 489.41 |
| 08/31/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 8.56 | 480.85 |
| 09/05/18 | | Independent Bank | Bank Service Fee | 2600-000 | | -8.56 | 489.41 |
| 09/06/18 | | Independent Bank | Bank Service Fee | 2600-000 | | 0.73 | 488.68 |
| 02/11/22 | | Independent Bank | Transfer Funds | 9999-000 | | 488.68 | 0.00 |

|  | COLUMN TOTALS | | 537.49 | 537.49 | $0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | | 0.00 | 488.68 | |
|  | Subtotal | | 537.49 | 48.81 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | NET Receipts / Disbursements | | $537.49 | $48.81 | |

## Form 2

Exhibit 9
Page: 39

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 2:12-47718- BR | |
| Case Name: | ALETHEIA RESEARCH AND<br>MANAGEMENT, I | |
| Taxpayer ID #: | **-***7814 | |
| For Period Ending: | 07/22/2025 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Bank Name: | INDEPENDENT BANK |
| Account #: | *******7718 SEGREGATED TRUST ACCOUNT |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans.<br>Date | Check or<br>Ref. # | Paid To / Received From | Description of Transaction | Uniform<br>Tran. Code | Deposit<br>$ | Disbursement<br>$ | Account Balance |
| 01/12/15 | {51} | BANK OF AMERICA -<br>CASHIER'S CHECK | SETTLEMENT FUNDS FROM<br>MICHAEL L. LANEY<br>PER COURT ORDER ENTERED<br>4/9/15 | 1249-000 | 19,696.95 | | 19,696.95 |
| 01/14/15 | {51} | THOMSON REUTERS | SETTLEMENT FUNDS FROM<br>THOMSON REUTERS PER<br>COURT ORDER ENTERED 4/9/15 | 1249-000 | 45,000.00 | | 64,696.95 |
| 01/16/15 | {51} | PACIFIC WESTERN BANK -<br>CASHIER'S CHECK | SETTLEMENT FUNDS FROM<br>SEELEY BROTHERS PER<br>COURT ORDER ENTERED 4/9/15 | 1249-000 | 12,000.00 | | 76,696.95 |
| 01/20/15 | {51} | LEVINIUS, LLC | SETTLEMENT FUNDS FROM<br>ROBERT LEVIN<br>PER COURT ORDER ENTERED<br>4/9/15 | 1249-000 | 57,562.70 | | 134,259.65 |
| 02/05/15 | {51} | FTI CONSULTING INC. | SETTLEMENT FUNDS FROM FTI<br>CONSULTING INC. PER COURT<br>ORDER ENTERED 4/9/15 | 1249-000 | ! 9,000.00 | | 143,259.65 |
| 02/11/15 | {51} | ABM PARKING SERVICES | SETTLEMENT FUNDS FROM<br>ABM ON-SITE SERVICES-WEST,<br>INC. SERVICES PER COURT<br>ORDER ENTERED 4/9/15 | 1249-000 | 4,400.00 | | 147,659.65 |
| 03/30/15 | {51} | CITIBANK - CASHIER'S CHECK | SETTLEMENT FUNDS FROM LA<br>NETWORKS PER COURT<br>ORDER ENTERED 5/29/15 | 1249-000 | 20,000.00 | | 167,659.65 |
| 04/17/15 | {51} | MORGAN, LEWIS & BOCKIUS<br>LLP | SETTLEMENT FUNDS FROM<br>BINGHAM MCCUTCHEN LLP<br>PER COURT ORDER ENTERED<br>4/9/15 | 1249-000 | 5,625.00 | | 173,284.65 |
| 06/05/15 | {51} | AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES | SETTLEMENT PAYMENT<br>PAID PER COURT ORDER<br>ENTERED 6/12/15 | 1249-000 | 85,000.00 | | 258,284.65 |
| 06/08/15 | {51} | CUSHMAN & WAKEFIELD | SETTLEMENT PAYMENT PER<br>COURT ORDER ENTERED<br>6/12/15 | 1249-000 | 7,000.00 | | 265,284.65 |
| 06/25/15 | | Transfer To: #*******7718 | Transfer to pay special counsel,<br>Ashby & Geddes, P.A. per Court<br>order entered 10/14/14.<br>Engagement letter provides that<br>Ashby shall receive 31% of any<br>recovery prior to commencement<br>of trial. Cases: ABM Parking<br>Services; LA Networks; Seeley<br>Brothers; | 9999-000 | | 49,184.49 | 216,100.16 |
| 07/06/15 | {51} | MARK C. SCALZO | GOLDEN VS. SCALZO<br>SETTLEMENT PAYMENT PER<br>COURT ORDER ENTERED 8/3/15 | 1249-000 | 6,500.00 | | 222,600.16 |
| 07/13/15 | | Transfer From: #*******7718 | Transferred to checking account in<br>error. Only needed one transfer of<br>$28,520. | 9999-000 | ! 28,520.00 | | 251,120.16 |
| 07/13/15 | | Transfer To: #*******7718 | Transfer to pay special counsel,<br>Ashby & Geddes, P.A. per Court<br>order entered 10/14/14.<br>Engagement letter provides that<br>Ashby shall receive 31% of any<br>recovery prior to commencement<br>of trial. Cases: American Express;<br>Cushman Wakefield. | 9999-000 | | 28,520.00 | 222,600.16 |
| 07/13/15 | | Transfer To: #*******7718 | Transfer to pay special counsel,<br>Ashby & Geddes, P.A. per Court<br>order entered 10/14/14.<br>Engagement letter provides that<br>Ashby shall receive 31% of any<br>recovery prior to commencement<br>of trial. Cases: American Express;<br>Cushman Wakefield. | 9999-000 | | 28,520.00 | 194,080.16 |

Page Subtotals:    $300,304.65    $106,224.49

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 40

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:12-47718- BR |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I |
| **Taxpayer ID #:** | **-***7814 |
| **For Period Ending:** | 07/22/2025 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | INDEPENDENT BANK |
| **Account #:** | *******7718 SEGREGATED TRUST ACCOUNT |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/22/15 | {51} | ALLSTATE BENEFITS | GOLDEN VS. AMERICAN HERITAGE LIFE INSURANCE COMPANY SETTLEMENT PAYMENT PER COURT ORDER ENTERED 8/4/15 | 1249-000 | 15,000.00 | | 209,080.16 |
| 08/12/15 | | Transfer To: #*******7718 | Transfer to pay expenses to Ashby & Geddes per professional fee statements #2, #3 and #4 | 9999-000 | | 8,226.47 | 200,853.69 |
| 10/07/15 | | Transfer To: #*******7718 | Transfer of funds from Segregated Trust Account. | 9999-000 | | 179,353.69 | 21,500.00 |
| 10/14/15 | {51} | HOLTHOUSE CARLIN & VAN TRIGT LLP | GOLDEN VS. HOLTHOUSE CARLIN & VAN TRIGT LLP SETTLEMENT PAYMENT PER COURT ORDER ENTERED | 1249-000 | 24,000.00 | | 45,500.00 |
| 11/16/15 | {51} | JORDAN B. PEIKIN | GOLDEN VS. ROGER PEIKIN SETTLEMENT PAYMENT PER COURT ORDER ENTERED | 1249-000 | 100,000.00 | | 145,500.00 |
| 12/09/15 | {51} | TRISTAR RISK MANAGEMENT | GOLDEN VS. FREEDMAN + TAITELMAN LLP SETTLEMENT PAYMENT PER COURT ORDER ENTERED 11/5/15 | 1249-000 | 32,500.00 | | 178,000.00 |
| 02/26/16 | | Transfer From: #*******7718 | Transfer Funds received by David Bunzel to segregated account. | 9999-000 | ! 70,000.00 | | 248,000.00 |
| 02/26/16 | | Transfer To: #*******7718 | Transfer funds to pay Ashby & Geddes their recovery fee of 31% of Settlements with American Heritage, Holthouse Carlin, Roger Peikin, Mark C. Scalzo and David Bunzel | 9999-000 | | 66,805.00 | 181,195.00 |
| 05/03/16 | {51} | METHANWILL FAMILY OFFICE LTD. | 2ND PAYMENT - SETTLEMENT WITH DAVID BUNZEL | 1249-000 | 36,666.66 | | 217,861.66 |
| 05/27/16 | {51} | WILLIAM C. W. MOW | GOLDEN VS. MOW SETTLEMENT PAYMENT PER COURT ORDER ENTERED | 1249-000 | 180,000.00 | | 397,861.66 |
| 05/31/16 | | Transfer To: #*******7718 | Transfer to pay Ashby & Geddes their recovery fee of 31% of Settlements with David Bunzel (second payment) | 9999-000 | | 14,637.39 | 383,224.27 |
| 06/01/16 | | Transfer To: #*******7718 | Transfer to pay professional fees and expenses per Court order entered 5/31/16. | 9999-000 | | 200,000.00 | 183,224.27 |
| 08/01/16 | {51} | METHANWILL FAMILY OFFICE LTD. | 3RD PAYMENT - SETTLEMENT WITH DAVID BUNZEL | 1249-000 | 36,666.67 | | 219,890.94 |
| 08/16/16 | | Transfer To: #*******7718 | Transfer to pay Ashby & Geddes (Bunzel and Mow Settlements) | 9999-000 | | 78,533.33 | 141,357.61 |
| 12/16/16 | {51} | METHANWILL FAMILY OFFICE LTD. | 4TH PAYMENT - SETTLEMENT WITH DAVID BUNZEL | 1249-000 | 36,667.67 | | 178,025.28 |
| 01/10/17 | | Transfer To: #*******7718 | Transfer to replenish $25K retainer to Phillips ADR and to pay 1/2 of mediation fee $4,200. | 9999-000 | | 29,200.00 | 148,825.28 |
| 01/11/17 | | Transfer To: #*******7718 | Transfer all segregated funds into general account. | 9999-000 | | 148,825.28 | 0.00 |
| 03/13/17 | {51} | METHANWILL FAMILY OFFICE LTD. | 5TH AND FINAL PAYMENT - SETTLEMENT WITH DAVID BUNZEL | 1249-000 | 69,998.00 | | 69,998.00 |
| 04/13/17 | | Transfer To: #*******7718 | Transfer to pay Ashby & Geddes remaining contingency fee owed re Bunzel settlement | 9999-000 | | 10,332.92 | 59,665.08 |

|  | Page Subtotals: | $601,499.00 | $735,914.08 |
|---|---|---|---|

# Form 2

Exhibit 9

Page: 41

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 2:12-47718- BR | | **Trustee Name:** | | Jeffrey I. Golden, Trustee (002360) | |
| **Case Name:** | ALETHEIA RESEARCH AND | | **Bank Name:** | | INDEPENDENT BANK | |
| | MANAGEMENT, I | | **Account #:** | | *******7718 SEGREGATED TRUST ACCOUNT | |
| **Taxpayer ID #:** | **-***7814 | | **Blanket Bond (per case limit):** | | $5,000,000.00 | |
| **For Period Ending:** | 07/22/2025 | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/17 | | Transfer To: #*******7718 | Transfer all funds remaining in Segregated Trust Account to Checking Account. These funds are now Estate funds. | 9999-000 | | 59,665.08 | 0.00 |
| 05/17/17 | {51} | CLAY LACY AVIATION, INC. | SETTLEMENT PAID IN FULL | 1249-000 | ! 125,000.00 | | 125,000.00 |
| 07/14/17 | {5} | FIDELITY BROKERAGE SERVICES LLC | FUNDS FROM FIDELITY INVESTMENT ACCOUNT #670-888168; NATIONAL FINANCIAL SERVICES LLC ACCT. ENDING 0389; THESE FUNDS REPRESENT THE CHANGE IN INVESTMENT VALUE | 1129-000 | 12.23 | | 125,012.23 |
| 07/14/17 | {5} | FIDELITY BROKERAGE SERVICES LLC | FUNDS FROM FIDELITY INVESTMENT ACCOUNT #670-888168; NATIONAL FINANCIAL SERVICES LLC ACCT. ENDING 0389; THESE FUNDS REPRESENT FIDELITY GOVERNMENT CASH RESERVES | 1129-000 | 112,208.33 | | 237,220.56 |
| 08/01/17 | | Transfer To: #*******7718 | Transfer to pay Ashby & Geddes contingency fee owed re Clay Lacy Aviation Settlement | 9999-000 | | 31,250.00 | 205,970.56 |
| 08/03/17 | | Transfer To: #*******7718 | Transfer to pay contingency fee (additional $7,500 owed) and expenses totaling $2,578.27. | 9999-000 | | 10,078.27 | 195,892.29 |
| 01/04/18 | | Transfer To: #*******7718 | Transfer of funds into checking account. | 9999-000 | | 195,892.29 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 1,139,024.21 | 1,139,024.21 | $0.00 |
| Less: Bank Transfers/CDs | | 98,520.00 | 1,139,024.21 | |
| **Subtotal** | | 1,040,504.21 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $1,040,504.21 | $0.00 | |

## Form 2

Exhibit 9
Page: 42

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | Veritex Community Bank |
| | | Account #: | *********1801 CHECKING ACCOUNT |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/22 | | Veritex Community Bank | Transfer Funds | 9999-000 | 43,609.32 | | 43,609.32 |
| 02/28/22 | 5001 | US STORAGE CENTERS - ORANGE | MAR. 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 43,310.82 |
| 03/01/22 | 5002 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GKJC954; 03/01/2022 - 03/31/2022 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,189.56 | 41,121.26 |
| 03/29/22 | 5003 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GLWX091; 04/01/2022 - 04/30/2022 PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 2,157.64 | 38,963.62 |
| 03/29/22 | 5004 | US STORAGE CENTERS - ORANGE | APR. 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 38,665.12 |
| 03/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 67.54 | 38,597.58 |
| 04/29/22 | 5005 | US STORAGE CENTERS - ORANGE | MAY 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 38,299.08 |
| 04/29/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 62.69 | 38,236.39 |
| 05/10/22 | 5006 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GNKK271; 05/01/2022 - 05/31/2022  PER COURT ORDER ENTERED 8/11/2021 Voided on 06/20/2022 | 2410-000 | | 2,157.64 | 36,078.75 |
| 05/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 59.72 | 36,019.03 |
| 06/02/22 | 5007 | US STORAGE CENTERS - ORANGE | JUNE 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 298.50 | 35,720.53 |
| 06/20/22 | 5006 | IRON MOUNTAIN | STORAGE FEES; CUSTOMER ID #L3242; INV. GNKK271; 05/01/2022 - 05/31/2022 PER COURT ORDER ENTERED 8/11/2021 Voided: check issued on 05/10/2022 | 2410-000 | | -2,157.64 | 37,878.17 |
| 06/20/22 | 5008 | US STORAGE CENTERS - ORANGE | JULY 2022 STORAGE FEE; UNIT #A034; (INCLUDES $12 INSURANCE EFFECTIVE JANUARY, 2016); PAID PER COURT ORDER ENTERED 8/11/2021 | 2410-000 | | 316.50 | 37,561.67 |
| 06/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 59.24 | 37,502.43 |
| 07/29/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 60.51 | 37,441.92 |
| 08/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 60.41 | 37,381.51 |

Page Subtotals:    $43,609.32    $6,227.81

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 43

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | Veritex Community Bank |
| | | Account #: | *********1801 CHECKING ACCOUNT |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/22/22 | 5009 | IRON MOUNTAIN | CUSTOMER ID 01222.0l3242; FINAL STORAGE FEES, RETRIEVAL AND DESTRUCTION COSTS PAID PER COURT ORDER ENTERED 9/20/22 | 2410-000 | | 15,000.00 | 22,381.51 |
| 09/26/22 | 5010 | D. MASIN CONSULTING, LLC | COSTS TO RETRIEVE AND DESTROY BOXES IN STORAGE UNIT; PER COURT ORDER ENTERED 9/20/22 | 3991-000 | | 600.00 | 21,781.51 |
| 09/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 59.14 | 21,722.37 |
| 10/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 33.26 | 21,689.11 |
| 11/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 33.87 | 21,655.24 |
| 12/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 34.94 | 21,620.30 |
| 01/30/23 | 5011 | INTERNATIONAL SURETIES LTD. | BOND # 016229732 | 2300-000 | | 907.56 | 20,712.74 |
| 01/31/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 34.88 | 20,677.86 |
| 02/28/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 30.42 | 20,647.44 |
| 03/31/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 35.46 | 20,611.98 |
| 04/06/23 | | Veritex Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 20,611.98 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 43,609.32 | 43,609.32 | $0.00 |
| Less: Bank Transfers/CDs | | 43,609.32 | 20,611.98 | |
| Subtotal | | 0.00 | 22,997.34 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $22,997.34 | |

## Form 2

Exhibit 9

Page: 44

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | Veritex Community Bank |
| | | Account #: | *********1802 SECURITIES SEGREGATED ACC |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/22 | | Veritex Community Bank | Transfer Funds | 9999-000 | 82,669.24 | | 82,669.24 |
| 03/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 133.40 | 82,535.84 |
| 04/29/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 133.18 | 82,402.66 |
| 05/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 128.68 | 82,273.98 |
| 06/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 128.48 | 82,145.50 |
| 07/29/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 132.55 | 82,012.95 |
| 08/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 132.34 | 81,880.61 |
| 09/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 136.39 | 81,744.22 |
| 10/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 123.40 | 81,620.82 |
| 11/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 127.46 | 81,493.36 |
| 12/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 131.50 | 81,361.86 |
| 01/31/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 131.29 | 81,230.57 |
| 02/28/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 118.39 | 81,112.18 |
| 03/31/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 139.33 | 80,972.85 |
| 04/06/23 | | Veritex Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 80,972.85 | 0.00 |

| | | | COLUMN TOTALS | | 82,669.24 | 82,669.24 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 82,669.24 | 80,972.85 | |
| | | | Subtotal | | 0.00 | 1,696.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,696.39 | |

## Form 2

Exhibit 9

Page: 45

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | Veritex Community Bank |
| | | Account #: | *********1803 BATEMAN EICHLER SEGREGATE |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/22 | | Veritex Community Bank | Transfer Funds | 9999-000 | 488.68 | | 488.68 |
| 03/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.78 | 487.90 |
| 04/29/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.78 | 487.12 |
| 05/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.76 | 486.36 |
| 06/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.75 | 485.61 |
| 07/29/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.78 | 484.83 |
| 08/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.78 | 484.05 |
| 09/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.80 | 483.25 |
| 10/31/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.72 | 482.53 |
| 11/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.75 | 481.78 |
| 12/30/22 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.77 | 481.01 |
| 01/31/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.77 | 480.24 |
| 02/28/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.69 | 479.55 |
| 03/31/23 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | 0.82 | 478.73 |
| 04/06/23 | | Veritex Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 478.73 | 0.00 |

|  |  | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 488.68 | 488.68 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 488.68 | 478.73 | |
| | | Subtotal | | | 0.00 | 9.95 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $9.95 | |

# Form 2

Exhibit 9

Page: 46

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | Veritex Community Bank |
| **Account #:** | *********1804 SEGRATED TRUST ACCOUNT |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

# Form 2

Exhibit 9

Page: 47

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 2:12-47718- BR | |
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| Taxpayer ID #: | **-***7814 | |
| For Period Ending: | 07/22/2025 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Bank Name: | East West Bank |
| Account #: | ******0134 SECURITIES SEGREGATED ACCOUNT |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/06/23 | | East West Bank | Wire From Former Bank | 9999-000 | 80,972.85 | | 80,972.85 |
| 11/08/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX8960 | Transfer Debit to TriState Capital Bank acct XXXXXX8960 | 9999-000 | | 80,972.85 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 80,972.85 | 80,972.85 | $0.00 |
| Less: Bank Transfers/CDs | | | 80,972.85 | 80,972.85 | |
| Subtotal | | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | | 0.00 | |
| NET Receipts / Disbursements | | | $0.00 | $0.00 | |

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 48

| | | |
|---|---|---|
| Case No.: | 2:12-47718- BR | |
| Case Name: | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| Taxpayer ID #: | **-***7814 | |
| For Period Ending: | 07/22/2025 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Bank Name: | East West Bank |
| Account #: | ******0127 GENERAL ACCOUNT |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/06/23 | | East West Bank | Wire From Former Bank | 9999-000 | 20,611.98 | | 20,611.98 |
| 08/24/23 | {23} | JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE | UNCLAIMED FUNDS FROM ALETHEIA INSIDER INDEX I ACCOUNT; SUPPLEMENTAL TO FINAL DISTRIBUTION PAID TO VASILIOS POULOS MC PC PROFIT; TURNED OVER TO MAIN CASE IN ORDER TO CLOSE OUT ALETHEIA INSIDER INDEX I ACCOUNT | 1180-000 | 15.05 | | 20,627.03 |
| 11/08/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX8887 | Transfer Debit to TriState Capital Bank acct XXXXXX8887 | 9999-000 | | 20,627.03 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 20,627.03 | 20,627.03 | $0.00 |
| Less: Bank Transfers/CDs | | 20,611.98 | 20,627.03 | |
| Subtotal | | 15.05 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $15.05 | $0.00 | |

# Form 2

Exhibit 9

Page: 49

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 2:12-47718- BR |
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I |
| Taxpayer ID #: | **-***7814 |
| For Period Ending: | 07/22/2025 |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Bank Name: | East West Bank |
| Account #: | ******0141 BATEMAN EICHLER SEGREGATED ACCOUNT |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/06/23 | | East West Bank | Wire From Former Bank | 9999-000 | 478.73 | | 478.73 |
| 11/08/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX8911 | Transfer Debit to TriState Capital Bank acct XXXXXX8911 | 9999-000 | | 478.73 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 478.73 | 478.73 | $0.00 |
| Less: Bank Transfers/CDs | 478.73 | 478.73 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

## Form 2

Exhibit 9

Page: 50

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:12-47718- BR | |
| **Case Name:** | ALETHEIA RESEARCH AND MANAGEMENT, I | |
| **Taxpayer ID #:** | **-***7814 | |
| **For Period Ending:** | 07/22/2025 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden, Trustee (002360) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******8887 GENERAL ACCOUNT |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/23 | | Transfer Credit from East West Bank acct XXXXXX0127 | Transition Credit from East West Bank acct XXXXXX0127 | 9999-000 | 20,627.03 | | 20,627.03 |
| 02/21/24 | 10001 | INTERNATIONAL SURETIES, LTD | BOND #612419605; TERM: 01/04/24 TO 1/04/25 | 2300-000 | | 101.78 | 20,525.25 |
| 04/15/24 | 10002 | VASILIOS POULOS MC PC PROFIT | ALETHEIA INSIDER INDEX I ACCOUNT; SUPPLEMENTAL TO FINAL DISTRIBUTION PAID TO VASILIOS POULOS MC PC PROFIT Stopped on 07/18/2024 | 8500-000 | | 15.05 | 20,510.20 |
| 07/18/24 | 10002 | VASILIOS POULOS MC PC PROFIT | ALETHEIA INSIDER INDEX I ACCOUNT; SUPPLEMENTAL TO FINAL DISTRIBUTION PAID TO VASILIOS POULOS MC PC PROFIT Stopped: check issued on 04/15/2024 | 8500-000 | | -15.05 | 20,525.25 |
| 09/30/24 | | To Account #******8887 | Transfer of Funds to General Account | 9999-000 | 80,972.85 | | 101,498.10 |
| 09/30/24 | | To Account #******8887 | Transfer of Funds to General Account | 9999-000 | 478.73 | | 101,976.83 |
| 05/08/25 | 10003 | UNITED STATES BANKRUPTCY COURT | COURT COSTS - PAID PER COURT ORDER ENTERED 5/7/2025 | 2700-000 | | 6,186.00 | 95,790.83 |
| 05/08/25 | 10004 | OFFICE OF THE UNITED STATES TRUSTEE | TRUSTEE QUARTERLY FEES - CLAIM NO. 67; PAID PER COURT ORDER ENTERED 5/7/25 | 2950-000 | | 4,875.00 | 90,915.83 |
| 05/08/25 | 10005 | INTERNAL REVENUE SERVICE | ADMINISTRATIVE TAX CLAIM - CLAIM NO. 62; PAID PER COURT ORDER ENTERED 5/7/25 | 2810-000 | | 520.14 | 90,395.69 |
| 05/08/25 | 10006 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM - CLAIM NO. 66-3; PAID PER COURT ORDER ENTERED 5/7/25 | 2820-000 | | 14,073.17 | 76,322.52 |
| 05/08/25 | 10007 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE FEE - PAID PER COURT ORDER ENTERED 5/7/25 | 3210-600 | | 39,199.01 | 37,123.51 |
| 05/08/25 | 10008 | BAKER & HOSTETLER LLP | SPECIAL COUNSEL FOR TRUSTEE EXPENSES - PAID PER COURT ORDER ENTERED 5/7/25 | 3220-610 | | 7,379.61 | 29,743.90 |
| 05/08/25 | 10009 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE FEE - PAID PER COURT ORDER ENTERED 5/7/25 | 3410-000 | | 13,380.15 | 16,363.75 |
| 05/08/25 | 10010 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE EXPENSES - PAID PER COURT ORDER ENTERED 5/7/25 | 3420-000 | | 1,550.42 | 14,813.33 |
| 05/08/25 | 10011 | ERNST & YOUNG LLP | FINANCIAL CONSULTANT FOR TRUSTEE FEE - PAID PER COURT ORDER ENTERED 5/7/25 | 3731-420 | | 14,813.33 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 102,078.61 | 102,078.61 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 102,078.61 | 0.00 | |
| | **Subtotal** | | | | **0.00** | **102,078.61** | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | | **$0.00** | **$102,078.61** | |

# Form 2

Exhibit 9

Page: 51

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 2:12-47718- BR | |
| Case Name: | ALETHEIA RESEARCH AND | |
| | MANAGEMENT, I | |
| Taxpayer ID #: | **-***7814 | |
| For Period Ending: | 07/22/2025 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
| Bank Name: | TriState Capital Bank |
| Account #: | ******8911 BATEMAN EICHLER SEGREGATED ACCOUNT |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/23 | | Transfer Credit from East West Bank acct XXXXXX0141 | Transition Credit from East West Bank acct XXXXXX0141 | 9999-000 | 478.73 | | 478.73 |
| 09/30/24 | | To Account #******8887 | Transfer of Funds to General Account | 9999-000 | | 478.73 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 478.73 | 478.73 | $0.00 |
| | Less: Bank Transfers/CDs | | | 478.73 | 478.73 | |
| | Subtotal | | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $0.00 | $0.00 | |

# Form 2

Exhibit 9

Page: 52

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-47718- BR | Trustee Name: | Jeffrey I. Golden, Trustee (002360) |
|---|---|---|---|
| Case Name: | ALETHEIA RESEARCH AND MANAGEMENT, I | Bank Name: | TriState Capital Bank |
| | | Account #: | ******8960 SECURITIES SEGREGATED ACCOUNT |
| Taxpayer ID #: | **-***7814 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/23 | | Transfer Credit from East West Bank acct XXXXXX0134 | Transition Credit from East West Bank acct XXXXXX0134 | 9999-000 | 80,972.85 | | 80,972.85 |
| 09/30/24 | | To Account #******8887 | Transfer of Funds to General Account | 9999-000 | | 80,972.85 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 80,972.85 | 80,972.85 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 80,972.85 | 80,972.85 | |
| | | Subtotal | | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $0.00 | |

# Form 2

Exhibit 9
Page:   53

## Cash Receipts And Disbursements Record

**Case No.:**  2:12-47718- BR

**Case Name:**  ALETHEIA RESEARCH AND MANAGEMENT, I

**Taxpayer ID #:**  **-***7814

**For Period Ending:** 07/22/2025

**Trustee Name:**  Jeffrey I. Golden, Trustee (002360)

**Bank Name:**  TriState Capital Bank

**Account #:**  ******8960 SECURITIES SEGREGATED ACCOUNT

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $2,998,580.47 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $20,015.05 |
| Net Estate: | $2,978,565.42 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7718 CHECKING ACCOUNT - CH.7 | $1,839,522.72 | $2,836,417.61 | $0.00 |
| ******7718 SECURITIES SEGREGATED ACC | $118,001.00 | $35,331.76 | $0.00 |
| ******7718 BATEMAN EICHLER SEGREGATE | $537.49 | $48.81 | $0.00 |
| ******7718 SEGREGATED TRUST ACCOUNT | $1,040,504.21 | $0.00 | $0.00 |
| ********1801 CHECKING ACCOUNT | $0.00 | $22,997.34 | $0.00 |
| ********1802 SECURITIES SEGREGATED ACC | $0.00 | $1,696.39 | $0.00 |
| ********1803 BATEMAN EICHLER SEGREGATE | $0.00 | $9.95 | $0.00 |
| ********1804 SEGRATED TRUST ACCOUNT | $0.00 | $0.00 | $0.00 |
| ******0134 SECURITIES SEGREGATED ACCOUNT | $0.00 | $0.00 | $0.00 |
| ******0127 GENERAL ACCOUNT | $15.05 | $0.00 | $0.00 |
| ******0141 BATEMAN EICHLER SEGREGATED ACCOUNT | $0.00 | $0.00 | $0.00 |
| ******8887 GENERAL ACCOUNT | $0.00 | $102,078.61 | $0.00 |
| ******8911 BATEMAN EICHLER SEGREGATED ACCOUNT | $0.00 | $0.00 | $0.00 |
| ******8960 SECURITIES SEGREGATED ACCOUNT | $0.00 | $0.00 | $0.00 |
| | $2,998,580.47 | $2,998,580.47 | $0.00 |